**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CRYSTAL GARRETT-EVANS, Individually, :
and on Behalf of All Others Similarly Situated, :
                                 :    20-cv-07277 (LLS)

              Plaintiff,       :

                                  :

              v.               :

                                  :

COTY INC., LAMBERTUS "BART" BECHT, :
CAMILLO PANE, PIERRE LAUBIES,      :
PATRICE DE TALHOUËT, and         :
PIERRE-ANDRE TERISSE,          :

                                  :

             Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SCOTT D. MUSOFF IN SUPPORT OF CERTAIN DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

SCOTT D. MUSOFF, pursuant to 28 U.S.C. § 1746, declares as follows:

1.       I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendants Coty Inc. ("Coty"), Lambertus Becht, Patrice de Talhouët and Pierre-André Terisse (together with Coty, "Served Defendants") in the above-captioned matter.

2.       I submit this declaration in support of Served Defendants' Motion to Dismiss the Amended Complaint (the "Motion") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in support of the Motion:

| | DESCRIPTION |
|---|---|
| Exhibit A | Transcript of Coty's Second Quarter 2017 Earnings Call dated February 9, 2017. |

|  | **DESCRIPTION** |
|---|---|
| Exhibit B | Coty's December 1, 2020 Press Release, excerpted from Coty's Form 8-K as filed with the U.S. Securities and Exchange Commission ("SEC") on December 1, 2020. |
| Exhibit C | Coty's First Quarter 2017 Press Release, as filed with the SEC on Form 8-K on November 9, 2016. |
| Exhibit D | Excerpts from Coty's Quarterly Report for quarter ended December 31, 2016, as filed with the SEC on Form 10-Q on February 9, 2017. |
| Exhibit E | Excerpts from Coty's Quarterly Report for quarter ended September 30, 2017, as filed with the SEC on Form 10-Q on November 9, 2017. |
| Exhibit F | Excerpts from Coty's Quarterly Report for quarter ended September 30, 2016, as filed with the SEC on Form 10-Q on November 9, 2016. |
| Exhibit G | Excerpts from Coty's Quarterly Report for quarter ended March 31, 2017, as filed with the SEC on Form 10-Q on May 10, 2017. |
| Exhibit H | Excerpts from Coty's Annual Report for the fiscal year ended June 30, 2017, as filed with the U.S. SEC on Form 10-K on August 23, 2017. |
| Exhibit I | Excerpts from Coty's Quarterly Report for quarter ended December 31, 2017, as filed with the SEC on Form 10-Q on February 8, 2018. |
| Exhibit J | Excerpts from Coty's Quarterly Report for quarter ended March 31, 2018, as filed with the SEC on Form 10-Q on May 9, 2018. |
| Exhibit K | Excerpts from Coty's Annual Report for the fiscal year ended June 30, 2018, as filed with the SEC on Form 10-K on August 21, 2018. |
| Exhibit L | Excerpts from Coty's Quarterly Report for quarter ended September 30, 2018, as filed with the SEC on Form 10-Q on November 7, 2018. |
| Exhibit M | Excerpts from Coty's Quarterly Report for quarter ended December 31, 2018, as filed with the SEC on Form 10-Q on February 8, 2019. |
| Exhibit N | Excerpts from Coty's Quarterly Report for quarter ended March 31, 2019, as filed with the SEC on Form 10-Q on May 8, 2019. |
| Exhibit O | Coty's Fourth Quarter 2017 Press Release, as filed with the SEC on Form 8-K on August 22, 2017. |

| | DESCRIPTION |
|---|---|
| Exhibit P | Coty's Fourth Quarter 2018 Press Release, as filed with the SEC on Form 8-K on August 21, 2018. |
| Exhibit Q | Coty's First Quarter 2019 Press Release, as filed with the SEC on Form 8-K on November 7, 2018. |
| Exhibit R | Coty's Third Quarter 2018 Press Release, as filed with the SEC on Form 8-K on May 9, 2018. |
| Exhibit S | Transcript of Coty's First Quarter 2017 Earnings Call dated November 9, 2016. |
| Exhibit T | Coty's Second Quarter 2017 Press Release, as filed with the SEC on Form 8-K on February 9, 2017. |
| Exhibit U | Transcript of Coty's Third Quarter 2017 Earnings Call dated May 10, 2017. |
| Exhibit V | Coty's Third Quarter 2017 Press Release, as filed with the SEC on Form 8-K on May 10, 2017. |
| Exhibit W | Transcript of Coty's Fourth Quarter 2017 Earnings Call dated August 22, 2017. |
| Exhibit X | Transcript of Coty's First Quarter 2018 Earnings Call dated November 9, 2017. |
| Exhibit Y | Transcript of Coty's Second Quarter 2018 Earnings Call dated February 8, 2018. |
| Exhibit Z | Transcript of Coty's Third Quarter 2018 Earnings Call dated May 9, 2018. |
| Exhibit AA | Transcript of Coty's Fourth Quarter 2018 Earnings Call dated August 21, 2018. |
| Exhibit BB | Transcript of Coty's First Quarter 2019 Earnings Call dated November 7, 2018. |
| Exhibit CC | Transcript of Coty's Second Quarter 2019 Earnings Call dated February 8, 2019. |

|  | **DESCRIPTION** |
|---|---|
| Exhibit DD | Transcript of Coty's Third Quarter 2019 Earnings Call dated May 8, 2019. |
| Exhibit EE | Coty's July 1, 2019 Press Release and Investor Presentation Slides, as filed with the SEC on Form 8-K on July 1, 2019. |
| Exhibit FF | Transcript of Coty's Investor Call dated July 1, 2019. |
| Exhibit GG | Excerpts from Coty's Annual Report for the fiscal year ended June 30, 2019, as filed with the SEC on Form 10-K on August 28, 2019. |
| Exhibit HH | Coty's Second Quarter 2019 Press Release, as filed with the SEC on Form 8-K on February 8, 2019. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        March 8, 2021

/s/ Scott D.  Musoff
Scott D. Musoff

4