# Exhibit A

**S&P Global**
Market Intelligence

# Coty Inc. NYSE:COTY
# FQ2 2017 Earnings Call Transcripts
## Thursday, February 09, 2017 1:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ2 2017- | | | -FQ3 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.34 | 0.30 | ▼(11.76 %) | 0.16 | 0.90 | 1.11 |
| **Revenue (mm)** | 2361.66 | 2296.70 | ▼(2.75 %) | 1996.06 | 7608.43 | 8637.13 |

Currency: USD
Consensus as of Feb-09-2017 12:43 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2016** | 0.12 | 0.09 | ▼ 1 (25.00 %) |
| **FQ4 2016** | 0.06 | 0.13 | ▲ 2 116.67 % |
| **FQ1 2017** | 0.33 | 0.23 | ▼ 3 (30.30 %) |
| **FQ2 2017** | 0.34 | 0.30 | ▼ 4 (11.76 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

**Call Participants** ................................................................... **3**

**Presentation** ....................................................................... **4**

**Question and Answer** ......................................................... **10**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Camillo Pane**
*Former CEO & Director*

**Kevin Monaco**
*Senior VP of Investor Relations & Treasurer*

**Patrice de Talhouët**
*Former Executive VP & Global CFO*

## ANALYSTS

**Dara Warren Mohsenian**
*Morgan Stanley, Research Division*

**Jason Matthew Gere**
*KeyBanc Capital Markets Inc., Research Division*

**Joseph Bernard Lachky**
*Wells Fargo Securities, LLC, Research Division*

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

**Linda Ann Bolton-Weiser**
*B. Riley FBR, Inc., Research Division*

**Mark Stiefel Astrachan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

**Stephanie Marie Schiller Wissink**
*Piper Jaffray Companies, Research Division*

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, ladies and gentlemen. My name is Candace, and I will be your conference operator today. At this time, I would like to welcome everyone to Coty's Second Quarter Fiscal 2017 Results Conference Call. [Operator Instructions] As a reminder, this conference call is being recorded today, Thursday, February 9. Thank you. I will now turn the call over to Kevin Monaco, Coty's Senior Vice President, Treasurer and Investor Relations. Mr. Monaco, please go ahead.

**Kevin Monaco**
*Senior VP of Investor Relations & Treasurer*

Good morning. Thank you for joining us. On today's call are Camillo Pane, Chief Executive Officer; and Patrice de Talhouët, Executive Vice President and Global Chief Financial Officer.

I would like to remind you that many of our comments may contain forward-looking statements. Please refer to our press release and our reports filed with the SEC where we list factors that could cause actual results that differ materially from these forward-looking statements.

In addition, except where noted, the discussion of our financial results and our expectations reflects certain adjustments, as specified in the non-GAAP financial measures section of our earnings release. You can find the bridge from GAAP to non-GAAP results in the reconciliation tables in the earnings release.

I will now turn the call over to Camillo.

**Camillo Pane**
*Former CEO & Director*

Thank you, Kevin, and welcome, everybody, to Coty's Second Quarter Conference Call. I'm delighted to be here speaking with you, leading my first earnings call as Coty's CEO.

Let me take a moment to reiterate for you Coty's ambition, as previously articulated by Bart, which I embrace and will continue to use as the foundation of my strategic vision. Our ambition in Beauty is to strive to become, over time, a global industry leader by being a clear challenger in beauty, delighting our consumers, which ultimately should translate into revenue growth, strong cash flow and the creation of long-term shareholder value. Having completed my first 4 months in the role, it's clear to me that the combination of our iconic and emerging brands, energized employees and the comprehensive strategy we are laying out for the new organization will position us well to reach our ambition.

Today is our first time reporting as a combined company, following the closing of the P&G Beauty transaction October 1. Consistent with our comments on the last earnings call, Q2 was a challenging quarter. The business was impacted by significantly higher-than-anticipated inventory levels in the market on the acquired P&G Beauty Business, competitive pressure in the Consumer Beauty division and the distraction associated with the integration efforts.

I want to be clear that while the complexity of the merger, the sheer magnitude of this integration and simultaneous reorganization of our total company have impacted our organization and our short-term results, I have initiated additional changes as I'm not satisfied with the underlying performance of several parts of the business. So although fiscal 2017 is a transitional year, as previously discussed, we've already started to tackle the growth challenges of our business.

As this is my first earnings call and an introduction to how I think about the business, I want to go in much more detail into the trends and strategies that I plan going forward. To reiterate my assessment from the last earnings call, the Coty business is composed of 3 divisions in different stages of evolution. The Professional Beauty division is performing well overall, fueled by the continued success of the hair portfolio. The Luxury division has been improving its revenue trends in parallel with decreasing wholesale distribution to create a healthy business, and we expect the momentum to continue in the coming

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

quarters. However, the Consumer Beauty division is facing a number of challenges, and I'll come back to Consumer Beauty in more detail later.

I will now discuss my strategic vision for the company and the specific actions we are implementing to continue the reshaping of our business in order to address the current challenges and return the combined company to growth. First and foremost, we have an amazing portfolio of iconic brands that are loved by millions of consumers throughout the world, including Cover Girl, Rimmel and Claire in Consumer Beauty; Calvin Klein, Hugo Boss and Gucci in Luxury; and Wella and OPI in Professional Beauty.

Our first focus on our established global brands is to continue to strengthen and nurture them, particularly as some of them were previously essentially orphaned within the larger corporation. Our second focus is to cultivate a few of the brands with higher growth potential in our portfolio. Our third focus is to stabilize the remaining brands, whether through active portfolio rationalization or other measures.

Finally, we are also completing the shaping of our new organization, including making sure we have the right talent in key roles to drive growth in our brands. We aim to achieve this objective through 4 key pillars. First, we are repositioning some of the brands in order to reconnect these brands with consumers, building on their already strong brand equity. Second, we're making significant changes to our innovation and product development process in parts of the organization. Third, we are accelerating our end-to-end digital transformation, including e-commerce. And fourth, we are working to significantly ramp our in-store execution. I would like to also highlight that we see a substantial opportunity to use the strength of our growth portfolio brands to reach more and more consumers all over the world, as many of our brands still have substantial opportunity for geographical expansion leveraging our global distribution footprint.

On the M&A front, we're continuing to strengthen the Coty portfolio through highly strategic acquisitions and planned portfolio rationalization. Both ghd and Younique are expected to be accretive in year 1 on both net revenue growth and adjusted earnings. From a strategic perspective, ghd expands our assortment of premium products for the salon channel while the partnership with Younique leverages Younique's high-growth e-commerce platform and social selling direct-to-consumer business model.

On the portfolio rationalization, we have identified the noncore portfolio of brands and are now exploring potential alternatives for these brands, including divestitures. So the comprehensive reshaping of our business for growth is continuing at pace.

I would now like to take some time to discuss each of Coty's new divisions and the specific actions we are implementing to address current challenges and return the combined company to growth. I'll start with Consumer Beauty. This division represents approximately half of our combined portfolio of net revenues with around half of the division sales concentrated in color cosmetics and the other half composed of retail hair, body care and mass fragrances. The Q2 results of the Consumer Beauty division were clearly disappointing, as I mentioned before. The main drivers behind these results are the fact that some of the key brands were orphaned in the previous large organization, the high competitive market pressure and the changing market environments. Additionally, we're still working through highly elevated trade inventories that were built before the close of the P&G Beauty transaction.

So let me go a little deeper into each of these categories, starting with color cosmetics. The color cosmetics category has been growing at an average at a low single-digit pace in key regions, but the category has been rapidly changing, with consumers focused much more on trends and ancillary products and engaging much more online to discuss, to determine what they purchase. A lot of the growth has come from entries of smaller brands that are fast to respond to trends and engage with their customers through digital platforms and innovative in-store applications. We are behind on this curve, but we have already taken action, and we are working with a multipronged approach.

First, we are revamping our product development as well as our communication process and programs. Aided by our own digital agency, Beamly, as well as more strategic partnership with our key partner suppliers, the new innovation process is focused on spotting the trends early and slashing our average time to market, which is currently about 12-18 months. In parallel, we are working to digitally transform our brands and, overall, our in-store presence to make sure we're present the best way possible where our consumers shop. As part of these efforts, we will be shifting more money from traditional media to digital

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

media and investment in the store. Finally, we're also working with retailers to improve our partnership relationship, bringing value to them and their customers.

From a brand perspective, we believe we have a strong portfolio of cosmetic brands, but we'll be relaunching several of them to regain relevance with consumers. Specifically, we will be relaunching Cover Girl and Max Factor in the coming fiscal year with new brand positioning, new creative, new packaging and new in-store appearance. We will also be announcing Sally Ann's market approach to build a stronger emotional connection with the consumer.

While the full Cover Girl and Max Factor brand relaunches will kick off in few quarters, we're already seeing some bright spots in the business. Cover Girl's So Lashy! launch is the biggest mascara launch of the season. The innovative product, strong consumer insight and the disrupting marketing campaign featuring James Charles and Nura Afia have driven disproportion engagement and above-expected result for this novel mascara that works for all lash types. This multipronged approach would take time to wield results, but we strongly believe this is the right way to strengthen our business for the long term.

Turning to retail hair. We believe that Coty has a real opportunity to revise the category through innovation, stronger in-store execution and consumer engagement. The category has been dormant for the last 10 years, particularly in developed countries. We believe the biggest plays in the category, including Clairol, have been leveraging the category for profit with no real innovation.

Our analysis indicates that consumers are intimidated by the difficulty of the shopping for hair color in stores and the complexity of the hair coloring process at home. In turn, the category penetration has been going down as consumers would rather go to their professional stylists. As a result of these category issues, retailers have been progressively cutting the shelf allocation, which, in turn, has limited the color assortment, preventing many women from finding their shade.

Against this backdrop, we believe we have an exciting pipeline of innovation in the near future that will revitalize the retailer category and transform it into a beauty category instead of a functional category. The Consumer Beauty division will take some time to return to growth, and I'm confident the strategic actions that we are putting in place are the right steps to strengthen Coty's position in this beauty category.

Turning to the Luxury division, which accounts for approximately 1/3 of combined company revenues. We believe we have a very strong portfolio of brands, which span the spectrum of the prestige fragrance category from low premium to ultra premium, and we are continuing with our strategy of making our portfolio even more prestige. Coty Luxury had strong results across several of our brands and pillars in Q2. However, the division performance in Q2 versus last year was impacted by our continued wholesale distribution reduction, which is a positive for the health of the business, and by the difficult innovation comparison versus the previous year.

On the positive side, we launched the new Hugo Boss fragrance, The Scent for Her, which marked the brand's successful entry into the female category. This was the #1 launch in the U.K. and #2 in Spain. The feedback for the new Gucci Guilty marketing campaign has also been very positive, driving market share growth in the Gucci Guilty franchise in both the U.S. and Italy. The Chloé brand continued to grow in markets across all key countries, supported by the Fleur de Parfum launch. Philosophy also continued to grow in the quarter, fueled by its direct-to-consumer platform.

From a go-to-market perspective, we're continuing to gain share in the travel retail channel, where we already have a disproportionate share of the fragrance category. We have also successfully established a local affiliate in China, steadily improving our distribution and new market performance. As we look to the second half of 2017, we remain excited about the robust pipeline of initiatives across the Hugo Boss, Gucci and Calvin Klein brands, amongst others. And while there is more to do on wholesale distribution, we do expect revenue trends in the Luxury division to continue to improve in the coming quarters.

In the Professional Beauty division, which accounts for approximately 1/5 of combined company revenues, we're maintaining strong momentum in the hair categories while broadening our portfolio with ghd within hair appliances and a critical adjacency in nail with OPI. Our salon hair portfolio continued to grow low to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

mid-single digits, consistent with the performance in the 2 previous fiscal years and ahead of the salon market, which is growing at approximately 1%. We are excited by the continued strong performance of the largest brand, Wella, as well as the system professional brand, which is tapping into the premium care segment and the growing trends of customization and personalization with deep energy coat technology. ghd, as the new key brand of the Professional Beauty portfolio, has performed well in its few weeks within Coty, and we expect momentum to continue throughout the remainder of the fiscal year, notably building on its geographical footprint expansion beyond its core countries. Altogether, we expect the Professional Beauty division to see good growth on a combined company basis through the rest of the fiscal '17 and beyond.

Following on the heels of the ghd acquisition, I'm excited about our partnership with Younique. I'm extremely pleased that both of the founders, Derrek and Melanie, will continue to lead the business, which leverages the exponential potential of online peer-to-peer social selling. The partnership will combine Younique high growth e-commerce platform with Coty R&D and innovation know-how as well as extensive manufacturing supply chain capabilities.

And speaking of digitally focused investments, I would like to touch on the substantial efforts we're implementing to accelerate Coty's digital transformation. These actions span 4 major components. In marketing science, we are now able to understand and reach our consumers with far higher levels of targeting precisions, thereby enabling a step change in our social listening and trend scanning capabilities to better keep our brands into markets. In terms of brand content, we are testing creative to better align with targeted consumer segments and drive higher long-working media effectiveness. In media optimization, we have continued the transition to digital from 21% to over 30% globally in just these past 6 months while also outperforming engagement and cost benchmarks by up to 30%, driving further media efficiencies. Looking at it as omni-channel, we will begin to create new platforms for deeper personalization, including online and in-store activation programs.

With regards to the rest of fiscal 2017, we continue to expect the decline of the net revenue at constant currency to slow down in the second half, excluding the contribution from Younique and ghd. On the P&G Beauty Business merger, the integration is progressing as expected with no major issues to date. So we are reiterating our previously communicated $750 million synergy target by fiscal 2020.

If I can summarize, fiscal 2017 remains a challenging transitional year, but one that we believe is setting the stage for enormous potential as a global leader and challenger in beauty. I believe the new Coty is a much stronger company than the 2 previous organizations running separately. And now that we have full control of the combined brand portfolio, I'm even more confident about the great long-term potential of the new Coty.

I will now turn you over to Patrice.

**Patrice de Talhouët**
*Former Executive VP & Global CFO*

Thank you, Camillo, and good morning, everyone. I'm excited to report our results for the first time as the new Coty since completing the acquisition of the P&G Beauty Business on October 1.

Coty today is a new company, one that we have built on a bottom-up approach into a new focused divisional organization and combines the expertise and talents of executives from Coty, P&G Beauty Business and other leading companies. Building the new organization bottom up best positions the company to advance Coty's global leadership position in beauty and also provides the opportunity to drive substantial synergies.

We have created 3 new operating divisions and, therefore, 3 new reporting segments, which are Consumer Beauty, Luxury and Professional Beauty. This new organization structure is product category- and channel-focused, putting the consumer first by specifically targeting how and where they shop and what and why they purchase. Each of the divisions have full end-to-end responsibility to optimize the consumer's beauty experience in their relevant categories and channels. We are convinced this new organizational design, with full P&L responsibility, will translate into profitable growth.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The Reverse Morris Trust merger with the P&G Beauty Business was and still is an enormously complex and challenging transaction globally. It is the largest beauty deal in history and the largest global entity merger to be successfully completed in the consumer sector. First, from a channel standpoint, we continue to integrate worldwide P&G Beauty Business with the worldwide legacy Coty business from a systems and manufacturing perspective, which are currently operating under TSAs, or transitional service agreements.

Turning now to the current integration efforts. Our teams are working full speed to pave the way for a smooth integration and are doing an extraordinary job on a day-to-day basis. As a result, it is progressing as expected with no major issues to date. We are now in the process of preparing for the first stage exit from the TSA in North America, which should happen in the course of April. It is worth noting that this first wave of TSA exits is expected to provide some modest uplift through a pull-forward of shipments to Q3. Europe should follow in the course of July, with then EMEA in September. This provides some additional context for why we have described fiscal '17 as a transitional year for Coty.

Now let me provide some of the highlights for the second quarter. Q2 net revenues of $2.3 billion increased 90% as reported compared to legacy Coty and decreased 4% at constant currency compared to combined Coty and P&G Beauty Business net revenues in the prior year period. Our performance has been severely impacted by the negative transitional issues, especially including significant trade inventory build in Q1 in parts of the P&G business, costing more than 3 points of growth. Excluding these transitional issues and the positive contribution from ghd and Hypermarcas, the combined company net revenues at constant currency declined in the high single digits and were slightly better than the outlook provided on the last earnings call.

By division, Professional Beauty net revenues grew 14% at constant currency compared to combined company revenues in the prior year or low single digit, excluding the contribution from ghd. Luxury net revenues declined 4% at constant currency compared to combined company revenues in the prior year. Consumer Beauty net revenues declined 11% at constant currency compared to combined company revenues in the prior year. These declines reflected a high single-digit percentage negative impact from the transitional issues discussed earlier, largely offset by the revenue contribution from the Brazil acquisition. The in-market performance sell-through of the division was better, with a high single-digit decline.

Let us now go into the shape of the P&L. Adjusted gross margin of 63.6% increased from 61.4% for legacy Coty in the prior year period, as we're adding a higher gross margin business from P&G. The Q2 adjusted operating income increased 44% to $336 million on a constant currency basis from $233 million from legacy Coty in the prior year period. The adjusted operating margin decreased to 14.3% at constant rates from 19.3% for legacy Coty, mainly driven by 2 key components. First, we had negative operating income impact of over 200 basis points from the transitional issues due to the merger. Second, we added the P&G Beauty Business, which carried limited operating margin as a result of a substantial A&CP pre-commitment, which we could not reduce to align with the revenue trends, combined with the depressed dynamic within Consumer Beauty business.

From a segment perspective, Luxury reported an adjusted operating margin of 11.7%, reflecting the addition of a lower-margin P&G business. Consumer Beauty posted an adjusted operating margin of 11%, despite the depressed revenues, while Professional Beauty adjusted operating margin of 21.7% reflects a solid margin from our main business, combined with improvement in salon hair, which also benefited from the seasonal strength in Q2. Therefore, all the above, combined with the quarterly tax rate of 8.8%, reflecting an adjusted tax benefit of $39 million, we reported an adjusted Beauty EPS of $0.30.

As far as the deal economics are concerned, we are pleased to confirm our previously communicated target of $750 million in synergy, $1.2 billion in onetime cost, $500 million in working capital benefit and $500 million onetime CapEx by fiscal 2020. We remain committed to our previously committed adjusted EPS target of $1.53 for fiscal 2020. This being said, there are many different ways to get there, and it is fair to say we will also use our balance sheet to shape the growth profile part of the company and hit the above targets.

With regards to synergy, with the 2 businesses now running together, allowing leadership better insight into the individual cost structures, we are refining the saving of the target of $750 million in synergies

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in order to take into account the business dynamics and to reflect the fiscal year P&L impact. As you may recall, our preliminary synergy phasing estimate has always been on an annual basis, whereas in fiscal '17, we recognized no synergies in Q1 as the transaction did not close until October 1. We now expect to accumulatively generate approximately the 20% of the net $750 million synergy through fiscal '17, roughly 50% through fiscal '18, approximately the 80% through fiscal '19 and the full $750 million through fiscal '20. Our focus is on having the right infrastructure in place to support the long-term growth.

Now let us speak about the balance sheet and our cash profile. Q2 has been a very good quarter, with over $670 million in operating cash flow and $567 million in free cash flow during the quarter. This represent an increase of over $270 million in operating cash flow versus legacy Coty in the prior year and is the result of a very strict cash discipline and tight working capital management quarter-after-quarter. This cash generation is critical in the current environment and provides strong visibility to the progress we can further realize in the combined business.

We finished the second quarter with over $900 million in cash on the balance sheet and approximately $5.6 billion in net debt, and it is fair to say some of this cash will be used in the back half of the year while we execute the integration. Our balance sheet is very solid, with a very moderate leverage after all the recent acquisitions made.

I would like to point out that we still maintain a pro forma leverage profile of roughly 3.8x while adding ghd and Younique to our portfolio, which are meaningfully shifting the growth profile of our company. We are vastly pleased with the profitability profile of Younique, with an adjusted EBITDA margin of over 25%. We expect these 2 significant adds will be both accretive year 1 from a growth and adjusted earnings standpoint and allows us to better position to be a serious challenger in the beauty industry.

We have identified the noncore portfolio of brands, which confirms our preliminary estimate of approximately 6% to 8% of the combined portfolio revenues. We are currently assessing what the potential alternatives regarding this portfolio of brands could be, including divestitures, but this will take some time as we ensure we maximize shareholder value. We are targeting to offset any earnings dilution from this portfolio optimization with acquisitions.

We continue to drive shareholder value through an 82% increase in dividends and transition to a quarterly dividend payout. This policy is a good reflection of the strong balance sheet and cash flow generation and will likely remain unchanged in the short term. We also retain our remaining $400 million share buyback authorization, and we will remain opportunistic, as we always have been, in the way we potentially use it. And we know we have the long-term support from our largest shareholder, JAB.

After the successful completion of the P&G Beauty Business merger, the business has strong strategy and financial flexibility, and we're extremely confident in the free cash flow profile of the company and strength of the balance sheet. This will allow us to gradually shape the growth profile of the company to be well positioned as the new global leader and challenger in the beauty industry.
Thank you. We will now open the call for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Steph Wissink of Piper Jaffray.

**Stephanie Marie Schiller Wissink**
*Piper Jaffray Companies, Research Division*

Just a couple of questions. Camillo, regarding your comments on the reorganization. I'm wondering if you can talk a little bit about some of the changes in role definition that have been made and when do you expect some of that just start to play out in the controls that you're seeing within the business segments. And then, Patrice, just as a follow-up on the $1.50-plus as your target and the commitment to use the balance sheet, can you give us a sense of what leverage ratio you'd be comfortable going to at its peak in order to offset some of the divestiture dilution and some of the slower-growth progress in the core business?

**Camillo Pane**
*Former CEO & Director*

Thanks, Steph, for the question. Look, this is a bigger organization because both companies were not organized and structured this way prior to the merger. So we have created 3 divisions. Both Coty legacy and P&G Beauty Business were not managed this way. So clearly, having managed now -- managing the company with 3 end-to-end divisions, where they have full responsibility for the entire portfolio and the P&L, this is clearly a different way of working that is being embedded in organization at the moment. So clearly, the way of working has changed for a lot of our people, both coming from the Coty legacy, from P&G or from the outside. Another key element of differentiation, our -- the structure that we have chosen is that we have end-to-end responsibility within the division, as I said, but also that the P&L sits with the countries. And this is quite an also, I would say, significant departure from how the business was managed, especially in the P&G previous business, where the control of the P&L was more central, I would say. So I don't know if I'm answering fully your question. But in my opinion, this is -- I would say, are the 2 key elements that are making this reorganization complex, but at the same time, in my opinion, paving the way for the future success of the company.

**Patrice de Talhouët**
*Former Executive VP & Global CFO*

Steph, on your -- the second part of your question regarding the leverage. So first, I think one should remember that we are going to generate once we have caught the one-off, north of the $1 billion of cash each and every year, which, once again, plays into the cash flow profile of the company with a strong balance sheet. Second, the leverage that we are ready to go to highly depends on the profile of the target and whether this target is very strategic or not. So I can't give you a definite answer. It highly depends on where, whether it is strategic, the size of the acquisitions. So it's very dependent on that. But in terms of M&A strategy, the key -- the 3 criteria in which we look at it is, clearly, number one, a very strong strategic fit; number two, value-adding from Coty, an advantage [ph] attractive to our growth and our earnings profile; and three, where we clarify that we provide a clear return to our shareholders. But once again, in terms of leverage, it clearly depends on the type of targets and the strategic and the size of the target. Thank you.

**Operator**

And our next question comes from Bill Schmitz with Deutsche Bank.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

I have 2 questions, actually. The first one, it has to do with the NPD and Nielsen data and I get they're sort of also tied to Cover Girl, because like the trends have obviously been not very good, and it seems

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

like some of the distribution is coming out. So when I look at the ACV on Cover Girl, it sort of peaked at 74% down to 71%, and it looks like it's heading in the right -- wrong direction. So wondering, again, like when you guys think that the sell-through data is going to start to firm up and if you're scared about some of the distribution trends that are happening, especially at Cover Girl. And then the second one, just some further color on the timing of the synergy stuff, because it looks like a lot of it got pushed forward quite a bit, so that would be appreciated.

**Camillo Pane**
*Former CEO & Director*

Thanks, Bill, for the question. Look, we believe that we have an amazing set of brands, and our brands are loved by millions. So our strategy in terms of repositioning the brands, and you mentioned Cover Girl, it's not just the only one, is key to reconnect with the consumers. I mentioned that I was not satisfied with some of the elements of the Cover Girl position in the past. But actually, we are now working on reinvigorating the innovation process, upgrading the packaging, the way it looks in store. We're going to be more modern, more focused on looks. So clearly, we have a lot in our pipeline to relaunch the brand in the future. I have to say that we have been also exposing some of our thoughts and ideas to the retailers, and actually the reaction is very positive. So going back to distribution, this is a temporary situation. But we are very, very confident that all the actions that we are going to put in place will actually allow Cover Girl to retain the position that we want to have in the market and improve. And as a matter of fact, Cover Girl is still the brand with the strongest equity in mass color cosmetic in the U.S., and that gives us an enormous level of confidence for the future potential of going back to growth.

**Patrice de Talhouët**
*Former Executive VP & Global CFO*

So Bill, on your question regarding the synergies and the phasing of the synergies, I think you should remember that when we quoted the synergies before, we spoke on an annual basis, not on a fiscal basis. So that plays a key role into the new phasing. And the second one is that, clearly, while taking into account the business dynamics and the people, the management has much more insight now into the different cost structures. So clearly, we reconfirm the $750 million synergies. We are very confident about it. It will be fully effective by fiscal '20, and the phasing that now we are expecting is 20% in fiscal '17, 50% in fiscal '18 and 80% in fiscal '19.

**Operator**

And our next question comes from Olivia Tong of Bank of America Merrill Lynch.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

First, on the integration. I'm hoping you can help like sort of clarify, because you're saying the integration is progressing as expected, but then obviously pushing out the timing of the realization. So I get that fiscal versus the annual. But is this also -- is there anything in terms of like the initial costs that are transferring over or your ability to realize cost synergies that's playing in that in terms of the delay in realization? Because I'm a bit confused as to what gives you the confidence that you can still reach those 4-year synergy and working capital targets when they're obviously getting pushed out. And the other thing is, obviously, it doesn't assume any of the deals are improving underlying business. But did the prior targets assume this much of a step-down before restoration? And then I have a follow-up.

**Patrice de Talhouët**
*Former Executive VP & Global CFO*

Yes. So thanks for your question, Olivia. So actually, if you remember, the way we came about the target is really based on the bottom-up organization design, function by function, country by country, and that is the reason why we are very confident in the synergies target of $750 million. So this is and remains and is not to be questioned. Now in terms of phasing, as you pointed out, once the annual versus fiscal has been procured, second, we have to take into account the current business dynamics, especially in Consumer Beauty. So it's not a question of integration difficulty. This is progressing as expected, and the guys are

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

doing a fabulous job on the field. And we have no surprise whatsoever on that, and now we are in the process of gradually exiting the TSAs. So this is progressing as planned and as expected, but now the synergies, first, are taking into account the fiscal versus the calendar annualization and, second, taking into account some of the business dynamics. So once again, we remain firmly committed on the $750 million synergy target.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Okay. I guess what's going to impact the timing on the exit, the 6% to 8% that you talked about? And what are you doing with those businesses in the meantime? And then following up on the $1.53 EPS target that you guys reiterated, if you have an inventory stuffing issue that you have to comp next September quarter, it seems like some of these issues that you're dealing with for fiscal '17 and calling a transition year seems to be bleeding into next fiscal year as well. So why is that still the right target over time?

**Patrice de Talhouët**
*Former Executive VP & Global CFO*

So the timing of the divestiture was the first part of your question, yes, Olivia? Okay. So I think on timing of the divestiture, what is really important to be reminded is that we are there to maximize the long-term shareholder value, and that's the reason why we are going to take time in order to ensure we maximize it. And there are different scenarios that are currently now at stake, including divestiture in order to do that. What is fair to say is that now we have identified the brands, which makes us confident about the range of 6% to 8% that we have mentioned before. And -- once again, so we are going to take some time on that while exploring different scenario, and that's the reason why so we are very confident in mentioning the fact that the potential EPS dilution that could come out of that is going to be fully offset by acquisition. And so fair to say that ghd and Younique, in that degree, is fulfilling the role. So I think that's on the one side. So now on the $1.53 target, we -- as we said, we remain committed on the previously communicated $1.53 target by fiscal '20. And I think clearly now what we are saying is that it was then on the starting point. Coty is clearly in evolving mode. We are in buildup mode. We are currently building a platform, formidable platform to be a serious challenger in the beauty industry. That's going to take some time. And because while in evolving mode, now we clearly see that there are many ways to get there. But the endpoint is exactly the same, it's $1.53 by fiscal '20, but we will also use our balance sheet in order to get there.

**Operator**

And our next question comes from Lauren Lieberman of Barclays.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

Great. I want to talk a little bit, I guess, about reinvestment needs in the business. You were talking about restaging on Cover Girl and Max Factor. And also if you could clarify if that was a fiscal '17 or '18 plan for those 2 brands. But if these have been orphaned brands, I would think there is something to be said for reinvestment needs. So does spending go up kind of versus maybe what you had expected in the first year or 2? Or is there no change in that thought process on incremental spending?

**Camillo Pane**
*Former CEO & Director*

Lauren, thanks for the question. First, the plan to relaunch Cover Girl and Max Factor are for fiscal 2018. I think this was the part of your question. Regarding the investment, I'm actually convinced that we have enough funds to relaunch the brands, not just these 2, but also the other brands. One thing that I'd like to point out is the fact that, actually, the P&G brands were spending substantially higher level of marketing versus what we were spending in the Coty legacy. So the combination of the funds that we have in the new company, around approximately the 26% as a percent of net revenues, in my opinion, are actually enough or more than enough to relaunch the brands and because the lot of things that we need to do are truly in terms of the way we connect with consumers. And one of the key shifts is going to be really going

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

from traditional TV, traditional media to digital engagement. And that -- as you know, moving that actually creates a lot of efficiencies. So it's not just a matter of spending more, but it's a matter of spending better and connecting better with the consumers, making sure that we speak to them in the right way, where they are. And a lot of times, they are not necessarily watching TV, but they are on different digital platform.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

Okay, that's really helpful. And then also, first, on the legacy Coty portfolio. Some of the work that you had initiated, and I guess I'm going back probably 2 Christmas seasons ago, cleaning up the promotional activity on some of the fragrance brands. Can you talk a little bit about further progress made this season, how those brands perform and if you think you've kind of yet reset to where we have s kind of good base to work from as we go forward to next holiday season?

**Camillo Pane**
*Former CEO & Director*

I believe that we're making a lot of great progress in preparing the strong actions for the Luxury division to return to growth in the next few quarters. We have a strong pipeline coming. Yes, in the last Christmas, we also had an unfavorable, let's say, benchmark versus the previous innovation from the past year. So the Marc Jacobs Decadence, which was a success in the previous season, or the Hugo Boss, The Scent for Him, which was also a big success. But if I look at the -- some of the elements and some of the things we've done, I'm actually quite pleased because Hugo Boss, The Scent for Her, which really marks the entry of Hugo Boss in the female segment, has been a success with the #1 in the U.K., #2 in Spain. Chloé continues to do very well, and we have a lot of brands which actually are performing very well in the market and outperforming the market. So we're confident about the actions we're putting in place for the Luxury division.

**Operator**

And our next question comes from Joe Lachky of Wells Fargo Securities.

**Joseph Bernard Lachky**
*Wells Fargo Securities, LLC, Research Division*

So first, on M&A. I guess given the weaker results, obviously, you have a bigger gap to fill to hit your long-term EPS target, and obviously, you're looking to offset dilution from portfolio divestitures through M&A. So it sounds like, given the recent results have probably been weaker than you had expected, you're probably going to have to be maybe a little bit more aggressive with M&A. So how do you balance that, given the competitive environment for acquisitions, so that you don't overreach either operationally, take too much on your plate, given the transitions you're going through, or overpay per acquisition?

**Patrice de Talhouët**
*Former Executive VP & Global CFO*

So Joe, thanks for the question. Great question. So I think that you can see in the recent traffic hold [ph] that we had in M&A, some elements of your answer. The way we approach M&A, the way we execute an M&A and the new discipline that we have put. That's the reason why I speak about -- only about the recent acquisition, which is only in the last 2 years, Bourjois, Hypermarcas, P&G, ghd, Beamly, Younique, have been done in a very disciplined way. This being said, we are, for the time being, in stabilization mode, and our priority #1 is to return the business into organic growth. So we have already a big integration to do with P&G, and we are going to remain focused on that for the time being. So that is very clear in the prioritization. The second thing I would say is that I usually do not comment on M&A. It's not me, see [ph]? So I have shared a little bit on our M&A strategy. But I'm of the opinion that the more you talk, the less you do. So I will remain relatively mute on that. And I think I'm not talking too much about it, and in the last 2 years, we've done quite a bit.

**Joseph Bernard Lachky**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Wells Fargo Securities, LLC, Research Division*

And then just one follow-up. I guess you had mentioned 3 big headwinds to the top line. You talked about the organic -- or the inventory, excuse me, in the market. How long do you think that'll take to clear through? You also mentioned competitive activity and then disruption from the integration. So I was wondering maybe if you could better quantify the impact each one of those had and how long you expect those to continue to be a headwind going forward.

**Camillo Pane**
*Former CEO & Director*

Joe, we will not quantify, specifically, the impact of each of them, although Patrice has mentioned that the overall impact has been 300 basis points on our -- of growth of our -- in our Q2. So in terms of details, I will not be able to give it to you. What we can say is that we expect our revenues' decline in the second half of 2017 to slow down, and of course, we expect further improvements afterwards. And it's also quite important that we look at the fact that we have 3 divisions, and the 3 divisions are in a different state of evolution because Professional Beauty is actually growing, and the hair portfolio is growing even faster. Luxury, as I said, is improving the trends because Q2 was already better than Q1, despite we're still tackling the wholesale distribution reduction, and we expect, of course, the business to be healthy and to continue to improve in the next few quarters. And it will take time to really return to growth in Consumer Beauty, which is where we have the biggest challenges, as I explained before.

**Operator**

And our next question comes from Dara Mohsenian of Morgan Stanley.

**Dara Warren Mohsenian**
*Morgan Stanley, Research Division*

So just to follow up on Bill's question on Cover Girl. I was hoping you could also discuss shelf space trends across your business for the other brands. And my worry is with some of the revenue declines and distractions from deal that you could lose shelf space going forward and it becomes a bit of a perpetuating cycle. So can you give us an update on your expectations for the balance of 2017 after spring resets from a shelf space standpoint? And is that a big risk factor in your mind?

**Camillo Pane**
*Former CEO & Director*

I don't believe this is a big risk factor, and I'll explain why in a second, Dara. I believe that now that we are the owner of the entire portfolio, we've finally been able to engage with our customers, with the retailers, in a much stronger way. I truly believe in partnership. I believe partnership is when really there is a win-win situation for both parties, and myself and the team are keenly focused on establishing a much stronger partnership level with the key retailers. We are in the process of doing that. We are engaging with all the key retailers. You asked about also in the other markets. And the reaction and the spirit is actually very good because they are seeing the plans that we're putting in place. We're engaging with them. In some cases, we're working together, of course, in preparing these plans. And when you approach a partnership this way, and in this case, we're also working on relaunching the very iconic brands which are loved by consumers in all the respective markets, retailers are really appreciative of some of these plans. And therefore, I see the future in a bright way, because I believe the relaunches of the brands will bring success in the market.

**Dara Warren Mohsenian**
*Morgan Stanley, Research Division*

Okay. And with those relaunches and some of those plans, I'm still surprised you guys aren't planning to boost advertising spending, and obviously, you touched on it earlier in this call. But I guess can you just take me through your thought process there and what gives you confidence that you really can revitalize this portfolio without spending more, particularly given you've got this huge synergy bucket from P&G? It's just -- it seems like an odd decision not to spend more behind the business to drive a reintegration.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Camillo Pane**
*Former CEO & Director*

I -- Dara, I think actually that one of the key things we need to do is also to look at the investment strategy and readjust the investments among the different brands. So there will be some brands, the one that has a higher growth potential, that will receive more investments, and some others that eventually will receive -- be less. So we're in the process of exactly doing this, and I think it's a very important financial discipline to look at also return on investment. Regarding on your question on spending more overall, I want to go back to my previous answer, which is that when you start shifting the traditional media to digital, you actually have way more money to play with and to invest to be able to reach more consumers. Consumers are truly spending a disproportion amount of time on social media, on social platforms, and I believe that some of our brands have not played the right role in the social engagement. And by shifting the investment, actually, we will achieve not only the consumers that we want to achieve, but also in the right place and the right time, and the overall connection with the brand will improve. And this is clearly part of the logic of why I answered before that we believe we have enough funds for our future success and relaunches.

**Patrice de Talhouët**
*Former Executive VP & Global CFO*

Yes. And so based on that, Dara, the other point that when you look at our Q2 results, our operating margin has been impacted, also, by all the level of A&CP pre-commitment that we received. And as a result, once again, it's not a question of size of the bucket. It's a question of how you use the bucket in a much more efficient way, which is exactly what Camillo has emphasized.

**Operator**

And our next question comes from Wendy Nicholson of Citi Research.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

Just to clarify on the inventory issue of the acquired Procter brands. I'm a little bit surprised because I feel like that's kind of a regular thing, that when you acquire a business you assume that the prior owner had stuffed the inventory. So I'm surprised you didn't check that in your due diligence process and maybe adjust the purchase price for that or whatever. But my question is, are you sure that the inventory was actually all that high? Or is it just that your sales and the velocity of turning that inventory and getting it through the retail channel has just been slower than you expected? So if you could make the distinction as opposed to exactly what that problem was, that would be great. And then my second question just has to do -- this is the second quarter in a row where you called out sort of the level of distraction in the organization. Obviously, you've got a ton going on, and it seems like the level of activity is kind of increasing, not decreasing, with the incremental acquisitions. But can you comment, just sort of qualitatively, on your management team? Do you have the right people in the right places? Do you think you have the right board structure so that, that sort of level of distraction can sort of stop being such a great headwind and you can really just get down to basics? Okay.

**Camillo Pane**
*Former CEO & Director*

So first, regarding the inventory, Wendy, so we need to put this in a bit of perspective of the fact that we announced the acquisition of P&G in July 2015, and we closed the merger -- we closed the deal in October 2016. That's a 15-month period in which we were not able to actually work on any of the P&G brands. We were 2 competing companies, and we were basically not working at all on that. So it's a long time for brands to be announced that they would have been sold, but to still be in the hands of the previous owners. So that clearly can cause a higher inventory, and we're not going to announced details specifically at the level, but I think Patrice has explained that all the business, the transition issues, which includes a significant higher inventory, were around the 300 basis points of growth. So clearly, it was quantified. And in terms of distractions, clearly, this is a big reorganization. This is not just putting together 2 companies, because at the same time, we have decided to manage the company in a divisional structure. Now the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

choice of a divisional structure, in my opinion, is absolutely the right choice for the future because it does allow a level of focus and capabilities and competencies, which are dedicated to specific categories and channels, so fragrance and skincare in the prestige channel, in the Luxury and, clearly, color cosmetics and hair color and so on in the mass market and hair and nail in Professional. So this is -- the level of change is quite large, and this is why it's causing the distraction, because at the same time, we're in the middle of the integration of the system, which Patrice mentioned, we have not really fully performed. And Patrice, I think, mentioned the timing of the exit from the TSAs. Regarding having all the people in the right places, we had -- clearly, this reorganization clearly meant that a lot of people had new jobs. So they had to move from different places to start the new job in October 3, and I believe that we have now a much stronger set of leaders in place. Of course, we always look to continue to improve the bench, and that's part of what we need to do to be successful in the future.

**Operator**

And our next question comes from Mark Astrachan of Stifel.

**Mark Stiefel Astrachan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

I guess I'm still curious on the distinction of this synergy phasing. So you're trying to tell us that there was a less-pronounced change on a calendar year basis than what was previously anticipated. And then what specifically was seen when owning the whole business that caused the pushout of synergies? Is there a component of anticipated reinvestment? And then where should synergies hit by segment and geography so that we have some clue of how to track what's going on?

**Patrice de Talhouët**
*Former Executive VP & Global CFO*

Yes. Thanks for the question, Mark. So we are not going to go into a level of detail of synergies by segment, by region. As I mentioned, once again, the synergies that were communicated so far were on an annual basis, and now they're on a fiscal year basis. This is already is being half of the push. The other part is clearly that some of the synergies are on the SG&A front. And with the current business dynamics, it's, clearly, while taking that into account in order to phase it appropriately. But once again, what you really need to retain is that this organization has been built on a bottom-up basis in a very precise way by function, by country. We took a lot of time, we benchmarked that, we know what we are doing, we've done that before and the $750 million are going to be realized. But I think it's fair to say that the current business dynamics is having an impact, and we are fine-tuning the phasing accordingly. But we're still going to realize 80% by the end of fiscal '19.

**Mark Stiefel Astrachan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it, okay. And then switching back to the commentary on this M&A focus, not new, but the reemphasis. So on the recent acquisition you did of Younique, I want to understand a bit better why buying a direct-selling business makes sense for a branded beauty company, sort of how you think about that in the context of M&A being a focus going forward. And how can you have confidence in growth rates after, call it, year 2, given the volatility historically in direct selling businesses?

**Camillo Pane**
*Former CEO & Director*

So let me comment on that, Mark, on Younique. I believe Younique is highly strategic, and I really think that the online peer-to-peer social selling has a lot of potential. And our choice is driven clearly by wanting to partner with a company that has developed a very, very successful business in this area and, of course, by our ambition of growing this business by also looking at geographical expansion and further category expansion. If you think the Younique is -- mainly had -- it's a business, a brand with color cosmetic, I believe that this brand, and in general, the platform, has the potential to be expanded more. And so -- plus, I think that e-commerce, for us, is a key focus for the future, and the acquisition or the partnership

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with Younique is a stepping stone for us to improve our capabilities, strengthening our capability in e-commerce.

**Operator**

And our next question comes from Jason Gere of KeyBanc.

**Jason Matthew Gere**
*KeyBanc Capital Markets Inc., Research Division*

Okay. I don't mean to belabor the point, but I guess I will, just on Cover Girl and Max Factor. When you talk about taking an orphaned brand and really trying to kind of turn it around, we've seen in the industry, there've been some successes, like Old Spice or Oil of Olay type of things. Just wondering how aggressive you're going to be in terms of changing kind of the perception of the brand or the in-store execution that you're going to be using just because you've seen a lot of growth with some of the masstige brands in the mass channel, NYX or e.l.f., things like that. So just wondering -- I appreciate the work that's going into that. But I'm just wondering should we be expecting something more dramatic than just kind of a step-up in investments and some of the innovation behind that? So I was wondering if you could provide maybe a little bit more context to that question.

**Camillo Pane**
*Former CEO & Director*

Absolutely. Thanks, Jason, for the question. So when we think about Cover Girl, first of all, as I mentioned before, the brand, the Cover Girl still has the first -- the #1 equity in the U.S. in the mass color cosmetic. I think it's quite important to remind ourself as well that we're talking about a brand which is iconic and loved by millions of consumers in the U.S. Looking at what we plan to do, first of all, we plan to build on the Cover Girl roots. I think thinking about the old positioning, every woman can feel that she's a cover girl, I think it's quite important that we don't completely depart from that, but we reinterpret the positioning in a much more modern way, in a more sophisticated may so that we connect again and more with the consumers. Within the relaunch, we are looking to clearly upgrading the packaging and the way we look in-store in a more modern way, in a more sophisticated way, in a way that would allow for easy navigation. So going back to your question, it's not just a matter of spending and then choosing the right platform to connect, but it's also how we connect and how we communicate with consumers across all the different touch points.

**Jason Matthew Gere**
*KeyBanc Capital Markets Inc., Research Division*

Okay, great. And then just one other question. Considering that the new Coty brings in talent from 3 different organizations, how do you think about putting the right people in the right position, meaning that -- if you think about what P&G has done in the past, they were always known for taking some of their talent and moving them, cross-fertilizing ideas to other divisions. So internally -- I guess the question is, internally, are you considering moving people from division to division just to make sure you have the right execution in some of the -- maybe some of the underperforming businesses? And secondly, would you still look to hire from the outside just to kind of strengthen those things as well?

**Camillo Pane**
*Former CEO & Director*

So I'll start with your second question, and I'll move back to the first. In terms of how I think and operate in terms of hiring from the outside, I believe that we always need to have a mix between internal promotion and hire from the outside. Whenever the capability is not present internally, it's always good to tap into the amazing talent that are out there. At the same time, if we have the talent in the house, that's clearly very, very good. And this is different from how other companies have done it in the past, because some companies just have privileged the promotion from inside. Regarding your first question, which is about the mobility and the cross-fertilization across the different divisions, first of all, I think we need to say that the 3 divisionals require a level of expertise because the knowledge of the category and the channels is very important. This is why, also, we have decided to structure ourself with the 3 divisions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That being said, I also believe that the people will have to move across divisions in order to fertilize on success, on learnings and on capabilities. So it's going to be a mix of both, in answering your first question as well.

**Operator**

And our final question comes from the line of Linda Bolton-Weiser of B. Riley.

**Linda Ann Bolton-Weiser**
*B. Riley FBR, Inc., Research Division*

Your interim CEO had made some comments about his assessment of the mass fragrance category and the structure of that industry. Do you have any updated thoughts on that? And can you give us an update on the dynamics of the mass fragrance category and the ability of the mass retailers to be able to merchandise fragrance in that channel?

**Camillo Pane**
*Former CEO & Director*

So when -- in terms of mass fragrance, Linda, so the mass fragrance, clearly, is suffering as a category overall because of certain dynamics. So one of the key elements that I think is affecting the mass fragrance is the fact that you -- it's very difficult in the store environment to smell the fragrance, the juice. So that's one of the key driver for trying the new fragrances, and that's really a key barrier there. And I think that this is an issue that we in the industry all need to work, together with the retailers, to try to overcome this barrier. The second point is that within mass fragrance, I think we need to distinguish between celebrities and other lifestyle brands. Within celebrities, it's fair to say that to be -- I would say the lifespan of the celebrity brand is decreased -- has decreased significantly just because the brand name and the hype behind the celebrity is now shorter. It's just that that's just what's happening. Now when you look at the other side on the lifestyle brands, we have brands like Bruno Banani or adidas or Max, which are actually great brands that we plan to focus in countries like Germany, Russia. These are brands that are doing well. They are, again, iconic brands in the lifestyle mass fragrance in their specific countries, and we believe that they have potential. So again, it's a mixed sort of dynamic within the category.

**Operator**
And that concludes our question-and-answer session for today. Ladies and gentlemen, thank you for participating in today's conference. This does conclude the program. You may all disconnect. Have a great day, everyone.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.