# Exhibit B

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

## FORM 8-K

---

### CURRENT REPORT
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported):**
**November 30, 2020**

---

# COTY INC.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-35964** | **13-3823358** |
|:---:|:---:|:---:|
| (State or other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **350 Fifth Avenue** | | |
|:---:|:---:|:---:|
| **New York, NY** | | **10118** |
| (Address of Principal Executive Offices) | | (Zip Code) |

**Registrant's telephone number, including area code: (212) 389-7300**

**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| **Class A Common Stock, $0.01 par value** | **COTY** | **New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**INTRODUCTORY NOTE**

On November 30, 2020, Coty Inc. (the "Company" or "Coty") completed the previously announced separation of its Professional Beauty (including Professional Hair, OPI and ghd) and Retail Hair businesses, which for the avoidance of doubt include the professional and Wella retail hair businesses in Brazil but exclude the Brazilian consumer beauty business (the "Professional Beauty Business") from Coty and its subsidiaries (the "Separation") to Waves UK Divestco Limited ("Newco"), pursuant to an amended and restated Separation Agreement, dated November 11, 2020 (the "Separation Agreement"), by and among the Company, Newco, Coty International B.V., a private limited liability company organized under the laws of the Netherlands ("Coty International") and Rainbow UK Bidco Limited, a private limited company incorporated under the laws of England and Wales ("Purchaser") and an affiliate of funds and/or separately managed accounts advised and/or managed by Kohlberg Kravis Roberts & Co. L.P. and its affiliates ("KKR").

Following the Separation, on November 30, 2020, Coty International sold all of the ordinary shares, nominal value €0.01, of Newco (the "Newco Shares") to Purchaser (the "Sale" and together with the Separation, the "Transactions") for a combination of cash and stock in Purchaser's indirect parent company, Rainbow JVCo Limited, a company incorporated under the laws of Jersey ("JVCo"), pursuant to an amended and restated Sale and Purchase Agreement, dated November 11, 2020 (the "Purchase Agreement"), by and among the Company, Coty International and Purchaser. Following the Sale, Rainbow Capital Group Limited, a company incorporated under the laws of Jersey ("Rainbow Capital") and an affiliate of KKR, holds approximately 60% of the issued share capital of JVCo (the "JVCo Shares") and the Company indirectly holds approximately 40% of the JVCo Shares.

**Item 1.01          Entry Into a Material Definitive Agreement.**

*IP Cross-License Agreement*

On November 30, 2020, immediately upon the completion of the Transactions (the "Completion"), Coty International and Wella International Operations Switzerland S.á.r.l. entered into an IP Cross-License Agreement (the "IP Cross-License"), pursuant to which each party granted to the other a perpetual, irrevocable, non-exclusive license to certain intellectual property, including certain specified patents and formulas allocated to each party pursuant to the Separation Agreement but used in the other party's business. Such licenses are sublicensable to affiliates and third party service providers, subject to certain conditions, and in certain cases are subject to specified limitations on field of use and transferability. The IP Cross-License is not terminable and will continue in perpetuity, expiring with respect to each item of licensed intellectual property when no enforceable rights in such intellectual property remain. The IP Cross-License is assignable by each party in whole or in part to affiliates and certain successors, but is not otherwise assignable or transferable without consent of the counterparty.

The foregoing description of the IP Cross-License and the transactions contemplated thereby, does not purport to be complete and is subject to, and qualified in its entirety by reference to, the full text of the IP Cross-License, which is attached as Exhibit 10.2 to this Current Report on Form 8-K and is incorporated herein by reference.

*Shareholders' Agreement*

On November 30, 2020, immediately upon the Completion, the Company, Coty International, JVCo, Rainbow Capital, and Purchaser entered into a Shareholders' Agreement (the "Shareholders' Agreement"), which governs certain rights and obligations of Coty International and Rainbow Capital as holders of the JVCo Shares and the affairs of JVCo and its subsidiaries.

A description of the material terms of the Shareholders Agreement has been previously disclosed under Item 1.01 of the Company's Current Report on Form 8-K filed with the Securities and Exchange Commission on June 2, 2020 and is incorporated herein by reference. The foregoing description of the Shareholders' Agreement and the transactions contemplated thereby, does not purport to be complete and is subject to, and qualified in its entirety by reference to, the full text of the Shareholders' Agreement, which is attached as Exhibit 10.3 to this Current Report on Form 8-K and is incorporated herein by reference.

**Item 2.01        Completion of Acquisition or Disposition of Assets.**

The information contained in the section above entitled "Introductory Note" is incorporated herein by reference. In connection with the Sale, and in consideration for the exchange of all of the outstanding equity interests of Newco, Purchaser paid the equivalent of approximately $4,122,920,340.71, consisting of $2,899,696,138.00 in cash and $1,223,224,202.71 in loan notes that are subsequently contributed for JVCo Shares comprising 11,988,036 ordinary shares, 372,581,265 A Preference Shares and 655,171,271 B Preference Shares. The consideration amount was determined pursuant to the terms and conditions of the Purchase Agreement. Following the Sale, Rainbow Capital held approximately 60% of the JVCo Shares and the Company indirectly held approximately 40% of the JVCo Shares.

In addition, KKR Rainbow Aggregator L.P. ("KKR Aggregator") (an affiliate of funds and/or separately managed accounts advised and/or managed by Kohlberg Kravis Roberts & Co. L.P. and its affiliates) has in a separate transaction invested an aggregate of $1 billion directly into Coty through the issuance of Series B Convertible Preferred Stock, par value $0.01 per share, of the Company (the "Series B Preferred Stock"). The Series B Preferred Stock conveys to KKR Aggregator the right to designate two directors to the Company's board of directors and voting rights on an as-converted basis. Assuming full conversion of the Series B Preferred Stock and no other changes to the Company's capitalization (and including the impact of Accrued Dividends (as defined in the Series B Certificate of Designations), KKR Aggregator would be the second largest shareholder, with an approximate 17.9% stake.

On November 16, 2020, HFS Holdings S.á r.l. ("HFS"), a private limited liability company incorporated under the laws of Luxembourg that is beneficially owned by Peter Harf, a director of the Company, entered into a Purchase and Sale Agreement with KKR Aggregator and certain of its affiliated investment funds (the "Preferred Stock Sellers"), pursuant to which HFS agreed to purchase from the Preferred Stock Sellers, in exchange for an aggregate purchase price of $150,000,539 ($1,027 per share), 146,057 shares of Series B Preferred Stock that were issued on July 31, 2020 and all Accrued Dividends thereon the "Series B Purchase"). The Series B Purchase, which is subject to customary closing conditions, including the expiration or termination of the waiting period under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, is expected to close on August 27, 2021.

The foregoing description of the Purchase Agreement and the transactions contemplated thereby, does not purport to be complete and is subject to, and qualified in its entirety by reference to, the full text of the Purchase Agreement, which was attached as Exhibit 2.2 to Coty's Current Report on Form 8-K filed with the Securities and Exchange Commission on November 12, 2020 and incorporated herein by reference.

The Purchase Agreement has been included to provide investors with information regarding its terms. It is not intended to provide any other factual information about Coty, Purchaser, JVCo or Newco. The representations, warranties, covenants and agreements contained in the Purchase Agreement were made only for purposes of the Purchase Agreement, as of the specific dates therein, were solely for the benefit of the parties to the Purchase Agreement and the parties expressly identified as third-party beneficiaries thereto, as applicable (except as expressly provided therein), may be subject to limitations agreed upon by the contracting parties, including being qualified by confidential disclosures made for the purposes of allocating contractual risk between the parties to the Purchase Agreement instead of establishing these matters as facts, and may be subject to standards of materiality applicable to the contracting parties that differ from those applicable to investors. Investors are not third-party beneficiaries under the Purchase Agreement and should not rely on the representations, warranties, covenants and agreements therein or any descriptions thereof as characterizations of the actual state of facts or condition of the parties thereto or any of their respective subsidiaries or affiliates. Moreover, information concerning the subject matter of representations and warranties may change after the respective dates of the Purchase Agreement, which subsequent information may or may not be fully reflected in the parties' public disclosures.

**Item 8.01        Other Events.**

On December 1, 2020, the Company issued a press release announcing the completion of the transactions contemplated under the Separation Agreement and the Purchase Agreement. A copy of the press release is furnished herewith as Exhibit 99.1 to this Current Report on Form 8-K.

Exhibit 99.1 shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934 (the Exchange Act) or otherwise subject to the liabilities under that Section and shall not be deemed to be incorporated by reference into any filing of the Registrant under the Securities Act of 1933 or the Exchange Act.

**Item 9.01**        **Financial Statements and Exhibits.**

*(b)*

The assets and liabilities and the results of operations of the Professional Beauty Business were reported as discontinued operations in the audited consolidated financial statements and notes thereto included in the Company's Annual Report on Form 10-K for the fiscal year ended June 30, 2030 and Quarterly Report on Form 10-Q for the fiscal quarter ended September 30, 2020. Accordingly, the Company has not provided pro forma financial statements in this Item 9.01.

*(d) Exhibits.*

| Exhibit Number: | Description |
| --- | --- |
| 2.1* | Amended and Restated Sale and Purchase Agreement, dated November 11, 2020, by and among Coty Inc., Coty International B.V. and Rainbow UK Bidco Limited (incorporated by reference to Exhibit 2.2 of Coty Inc.'s Current Report on Form 8-K, filed with the Securities and Exchange Commission on November 12, 2020). |
| 10.1* | IP Cross-License Agreement, dated as of November 30, 2020, by and between Coty International B.V. and Wella International Operations Switzerland S.á.r.l. |
| 10.2* | Shareholders' Agreement, dated as of November 30, 2020, by and between Coty Inc., Coty International B.V., Rainbow Capital Group Limited, Rainbow JVCo Limited and Rainbow UK Bidco Limited. |
| 99.1 | Press Release, dated December 1, 2020. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

\*     Certain schedules and exhibits have been omitted pursuant to Item 601 of Regulation S-K and the Company agrees to furnish supplementally to the Securities and Exchange Commission a copy of any omitted schedules or exhibits upon request.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

<table>
<tr><td></td><td><strong>Coty Inc.</strong></td></tr>
<tr><td></td><td>(Registrant)</td></tr>
</table>

Date: December 1, 2020                    By:    /s/ Kristin Blazewicz

Kristin Blazewicz
Chief Legal Officer, General Counsel and Secretary



**COTY COMPLETES SALE OF WELLA STAKE TO KKR**

- Coty receives $2.5bn in cash and retains 40% stake in Wella

- Coty's financial net debt to be reduced from $7.9bn to approx. $5.0bn by end of Q2 2021; economic net debt to fall below $4.0bn

- Transaction completion follows Coty's return to profit in Q1 2021

NEW YORK—December 1, 2020 — Coty Inc. (NYSE: COTY) (the "Company") today announced the completion, on November 30, 2020, of the sale of a majority stake in its Professional and Retail Hair business – including the Wella, Clairol, OPI and ghd brands (together, "Wella") – to KKR.

As part of the transaction, Coty has received net cash proceeds of approximately $2.5 billion, and will retain a 40% stake in the business. Coty expects to utilize approximately $2 billion of the net proceeds to pay down its Term Loans A and B on a pro rata basis, with the remainder used for general corporate purposes, including initially paying down its revolver.

Following the Wella divestment – and with expected positive cash flow in Q2 2021 – Coty is expected to reduce its financial net debt from $7.9 billion to approximately $5.0 billion. Taking into account Coty's retained 40% Wella stake (initially valued at $1.3 billion), the Company's economic net debt will stand below $4.0 billion, a substantial reduction that will enhance Coty's flexibility to invest behind key brands and navigate a dynamic operating environment.

Commenting on the announcement, Sue Y. Nabi, Coty's CEO, said:

*"Today marks an important milestone in Coty's transformation and the development of a stronger, more focused and flexible business that's set up for long-term success.*

*"As noted on our Q1 earnings announcement, we remain relentlessly focused on maintaining diligent cost control across the company and delivering on our financial commitments. As such, the Wella divestment reflects the excellent progress being made in improving Coty's leverage profile. This substantial debt reduction will, in turn, enable us to increase investments behind our strategic priorities, including strengthening our business in core markets and categories, while simultaneously fueling our new growth engines: e-commerce & DTC, skincare, prestige make-up and Asia.*

*"The Wella sale is also a key part of the simplification of Coty: streamlining our structure to focus on our two core businesses: Prestige Beauty and Consumer Beauty. Nevertheless, I am very pleased that Coty will still share in Wella's success through our remaining 40% stake."*

Coty's Q1 results noted that Wella's net revenue grew by 7% as salons reopened and the retail hair and nail category performed strongly.

Wella's results supported Coty's broader Q1 performance, which showed significant improvement from Q4 of FY2020 in all regions and across both Prestige and Consumer Beauty businesses. The Company reported fixed costs savings of approximately $80 million in the quarter – putting Coty on track to deliver over $200 million of savings in FY2021, while still maintaining focused marketing investments. In addition, Coty grew adjusted operating income by 24% in the quarter and saw over 50% growth of total company earnings per share (EPS).

JAB remains Coty's largest shareholder, with 50% ownership in the company, while KKR and Coty's Executive Chairman Peter Harf are the second and third largest shareholders, with a 15% and 5% stake, respectively, following the expected completion of Peter Harf's purchase of a portion of KKR's Series B preferred convertible shares.



**Forward Looking Statements**

Certain statements in this release are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements reflect the Company's current views with respect to, among other things, the use of proceeds from the sale of the Professional and Retail Hair business, including the Wella, Clairol, OPI and ghd brands (the "Wella Business") and the investment by Rainbow UK Bidco Limited (("KKR Bidco") an affiliate of funds and/or separately managed accounts advised and/or managed by Kohlberg Kravis Roberts & Co. L.P. and its affiliates (collectively, "KKR")) in connection with the standalone business (the "Wella Transaction") and the expected impact of the sale and the related transition services on the Company's remaining business, the Company's future operations, financial performance and outlook for future reporting periods (including the extent and timing of revenue, expense and profit trends and changes in operating cash flows and cash flows from operating activities and investing activities) , the Company's future operations and strategy (including the expected implementation and related impact of its strategic priorities) and ongoing and future cost efficiency and restructuring initiatives and programs,. These forward-looking statements are generally identified by words or phrases, such as "anticipate", "are going to", "estimate", "plan", "project", "expect", "believe", "intend", "foresee", "forecast", "will", "may", "should", "outlook", "continue", "temporary", "target", "aim", "potential", "goal" and similar words or phrases. These statements are based on certain assumptions and estimates that we consider reasonable, but are subject to a number of risks and uncertainties, many of which are beyond our control, which could cause actual events or results (including our financial condition, results of operations, cash flows and prospects) to differ materially from such statements, including risks and uncertainties relating to:

- the Company's ability to successfully implement the separation of the Wella Business and related transition services;

- the Company's relationship with KKR, whose affiliates KKR Rainbow Aggregator L.P. and KKR Bidco are respectively a significant stockholder in Coty and an investor in the Wella Business, and any related conflicts of interest or litigation;

- the impact of COVID-19 (or future similar events), including demand for the Company's products, illness, quarantines, government actions, facility closures, store closures or other restrictions in connection with the COVID-19 pandemic, and the extent and duration thereof, related impact on the Company's ability to meet customer needs and on the ability of third parties on which the Company relies, including its suppliers, customers, contract manufacturers, distributors, contractors, commercial banks and joint-venture partners, to meet their obligations to the Company, in particular collections from customers, the extent that government funding and reimbursement programs in connection with COVID-19 are available to the Company, and the ability to successfully implement measures to respond to such impacts;

- the Company's ability to successfully implement its multi-year Transformation Plan, including its initiatives to further reduce the Company's cost base, and to develop and achieve its global business strategies (including mix management, select price increases, more disciplined promotions, and foregoing low value sales), compete effectively in the beauty industry, achieve the benefits contemplated by its strategic initiatives (including revenue growth, cost control, gross margin growth and debt deleveraging) and successfully implement its strategic priorities (including innovation performance in prestige and mass channels, strengthening its positions in core markets, accelerating its digital and e-commerce capabilities, building on its skincare portfolio, and expanding its presence in China) in each case within the expected time frame or at all;

- managerial, transformational, operational, regulatory, legal and financial risks, including diversion of management attention to and management of cash flows, expenses and costs associated with the Company's response to COVID-19, the Transformation Plan, the transition services related to the Wella Business, the integration of the King Kylie Transaction, and future strategic initiatives, and, in particular, the Company's ability to manage and execute many initiatives simultaneously including any resulting complexity, employee attrition or diversion of resources;

2



- global political and/or economic uncertainties, disruptions or major regulatory or policy changes, and/or the enforcement thereof that affect the Company's business, financial performance, operations or products, including the impact of Brexit (and business or market disruption arising from a "hard Brexit"), the current U.S. administration and recent election, changes in the U.S. tax code, and recent changes and future changes in tariffs, retaliatory or trade protection measures, trade policies and other international trade regulations in the U.S., the European Union and Asia and in other regions where the Company operates;

- disruptions in operations, sales and in other areas, including due to disruptions in our supply chain, restructurings and other business alignment activities, the completion of the Wella Transaction and related carve-out and transition activities, manufacturing or information technology systems, labor disputes, extreme weather and natural disasters, impact from COVID-19 or similar global public health events, and the impact of such disruptions on the Company's ability to generate profits, stabilize or grow revenues or cash flows, comply with its contractual obligations and accurately forecast demand and supply needs and/or future results;

- restrictions imposed on the Company through its license agreements, credit facilities and senior unsecured bonds or other material contracts, its ability to generate cash flow to repay, refinance or recapitalize debt and otherwise comply with its debt instruments, and changes in the manner in which the Company finances its debt and future capital needs; and

- other factors described elsewhere in this document and in documents that the Company files with the SEC from time to time.

When used herein, the term "includes" and "including" means, unless the context otherwise indicates, "including without limitation". More information about potential risks and uncertainties that could affect the Company's business and financial results is included under the heading "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Company's Annual Report on Form 10-K for the year ended June 30, 2020 and other periodic reports the Company has filed and may file with the SEC from time to time.

All forward-looking statements made in this release are qualified by these cautionary statements. These forward-looking statements are made only as of the date of this release, and the Company does not undertake any obligation, other than as may be required by applicable law, to update or revise any forward-looking or cautionary statements to reflect changes in assumptions, the occurrence of events, unanticipated or otherwise, or changes in future operating results over time or otherwise.

**Non-GAAP Financial Measures**

In this release, Coty presents certain non-GAAP financial measures that we believe enable management and investors to analyze and compare the underlying business results from period to period, including organic likefor-like (LFL) metrics, as well as financial net debt and economic net debt. The term "like-for-like" describes the Coty's core operating performance, excluding the financial impact of (i) acquired brands or businesses in the current year period until Coty has twelve months of comparable financial results, (ii) divested brands or businesses or early terminated brands , generally, in the prior year non-comparable periods, to maintain comparable financial results with the current fiscal year period and (iii) foreign currency exchange translations to the extent applicable. Financial net debt (which Coty referred to as "net debt" in prior reporting periods) is defined as total debt less cash and cash equivalents, and economic net debt is defined as total debt less cash and cash equivalents less the value of the Wella stake. These non-GAAP financial measures should not be considered in isolation, or as a substitute for, or superior to, financial measures calculated in accordance with GAAP. Reconciliation of these non-GAAP financial measures for Q1 to the nearest comparable GAAP financial measures are contained in the press release attached as

3



Exhibit 99.1 to the Form 8-K filed with the SEC on November 6, 2020, which is also available on Coty's website. To the extent that the Company provides guidance, it does so only on a non-GAAP basis and does not provide reconciliations of such forward-looking non-GAAP measures to GAAP due to the inherent difficulty in forecasting and quantifying certain amounts that are necessary for such reconciliation, including adjustments that could be made for restructuring, integration and acquisition-related expenses, amortization expenses, adjustments to inventory, and other charges reflected in our reconciliation of historic numbers, the amount of which, based on historical experience, could be significant.

**Ends**

**About Coty Inc.**

Coty is one of the world's largest beauty companies with an iconic portfolio of brands across fragrance, color cosmetics, and skin and body care. Coty is the global leader in fragrance and number three in color cosmetics. Coty's products are sold in over 150 countries around the world. Coty and its brands are committed to a range of social causes as well as seeking to minimize its impact on the environment. For additional information about Coty Inc., please visit www.coty.com.

For more information:

**Investor Relations**
Olga Levinzon, +1 212 389-7733 / olga_levinzon@cotyinc.com

**Media**
Andra Mielnicki, +1 917 285 0586 / Andra_Mielnicki@cotyinc.com