# Exhibit FF

**S&P Global**
Market Intelligence

# Coty Inc. NYSE:COTY

# Special Call

## Monday, July 01, 2019 2:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | .................................................................. | 3 |
| Presentation | .................................................................. | 4 |
| Question and Answer | .................................................................. | 10 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

**Pierre-André Terisse**
*Chief Financial Officer*

**ANALYSTS**

**Andrea Faria Teixeira**
*JP Morgan Chase & Co, Research Division*

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

**Joseph Bernard Lachky**
*Wells Fargo Securities, LLC, Research Division*

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

**Linda Ann Bolton-Weiser**
*D.A. Davidson & Co., Research Division*

**Mark Stiefel Astrachan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

**Robert Edward Ottenstein**
*Evercore ISI Institutional Equities, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, ladies and gentlemen. My name is Laurie, and I will be your conference operator today. At this time, I would like to welcome everyone to Coty's Turnaround Plan conference call. As a reminder, this conference call is being recorded today, July 1, 2019.

On today's call are Pierre Laubies, Chief Executive Officer; and Pierre-André Terisse, Chief Financial Officer.

I would like to remind you that many of the comments today may contain forward-looking statements. Please refer to Coty's earnings release and the reports filed with the SEC or the company risk factors that could cause actual results to differ materially from these forward-looking statements. All commentary on like-for-like and net revenue reflect the comparison of the business at constant currency in the current and prior year period excluding the impact of acquisitions and divestitures.

In addition, except where noted, the discussion of our financial results and our expectations reflect certain adjustments as specified in the non-GAAP financial measures section of our earnings releases.

I will now turn the call over to Mr. Terisse.

**Pierre-André Terisse**
*Chief Financial Officer*

Thank you, Laurie. Good morning and good afternoon to everyone on the call. So this is Pierre-André Terisse, Chief Financial Officer of Coty; and I'm here alongside with Pierre Laubies, Chief Executive Officer of Coty. We are here present and pleased to be with you today on the first day of our new fiscal year to present you our thoughts about the future of Coty.

Our aspiration is to transform Coty into a consistent performer of the industry and add value to it. We believe the plan we have put together and we are going to discuss now is an important step in this direction.

I'll move to the Slide #2 now. As you know, over the past several months, we have been focusing on 3 things: operationally stabilizing our business, meeting our financial commitments in a pragmatic manner and identifying a path towards turning around the company.

Before Pierre presents our plan to you, let me review what we have built so far in 2019. First, we are well advanced on the objective of business stabilization with the supply chain issues over. And I'm -- we are both -- we have been very pleased with the capacity of the organization to rebound and to react and execute the priorities that's been a very important signal.

We're also on track to meet our financial commitments for profit and cash flow for the year. We expect the Q4 like-for-like net revenue trends to be consistent with the third quarter, as you can see on the screen. They may be likely a touch weaker, but nothing which is concerning. The operating income delivery for the year of $950 million to $1 billion at constant currency, we are very much in line with it, and we are very much in line as well with solid free cash flow for the quarter and the year-end.

The development of the Turnaround Plan and more concrete financial expectations for the years ahead have also enabled us to do 2 things, as is shown on this slide. First, we are in the process of reviewing the value of our intangible assets in the context of our medium-term financial expectation. And as a result, we expect to record an impairment of approximately $3 billion in our fiscal year '19 accounts, primarily in Consumer Beauty, reflecting a large talking point and as well more realistic expectations.

Second, our credit agreement has been amended with a view to extend our operational flexibility, yet aligning with our deleverage targets. The covenants have been addressed and the amendment has been signed last week.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I want to take the opportunity of this comment and this slide to thank the banks for contributing to our increased flexibility. I also want to thank Christina Frank, who has played a key role in the management of the debt financing for Coty on top of her IR responsibilities. She's now decided to pursue other goals, and Olga is now taking the lead for Investor Relations, and I'm sure she will be very successful in this.

So this is the end of fiscal '19, which has been an extremely dense and productive year and second part of the year and which sets foundation for our turnaround. Our business is now under control. We have a solid profit and cash flow base. We have meaningful financing flexibility, and we have a clean asset base.

With this, I will turn to Pierre for him to tell you about our plan.

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

Thank you, Pierre-André. If we could move to Slide 3. So I think it's always important when we look forward to occasionally look backward and try to understand what happened and why will it not happen again.

So while you have the solid completion of the P&G Beauty merger is clear, but the difficulty of this merger lies at the heart of many of the issues that Coty has faced since then. First, the complex structure of the deal meant that the following integration took longer and was more complex than originally envisioned; second, many parts of the acquired business had weak performance since the merger; and third, the sustained commitment to meeting the financials targets set at the start of the deal limited the organization's ability to address some of the underlying trends.

And that brings us to today and why we believe we are in a different position now and able to deliver on our new strategic and financial objectives. What differentiates Coty now as compared to Coty 3 years ago is that, first, the integration is now complete and behind us, including a common IT and business system; and second, that we as a management team are very focused on setting realistic targets and objectives. So the most important point is that Coty as a platform now is ready for an inflection.

Slide 4 is very true that the P&G Beauty merger has led to value separation and financial setbacks for Coty. However, it is true that with the merger, Coty has built a very strong beauty platform whose quality is very often overlooked. Our brands are leader in each of our categories. We have leading positions in several key developed and emerging markets, including U.S., U.K. and Brazil. We are the leading fragrance maker with a long runway for our license plans as 80% of our licenses have a residual average life for -- of 9 years. And equally important, it is clear that we have very skilled people who are result-oriented and resilient as well as a leading edge IT infrastructure.

Moving to the next slide. It is clear also that 60% of our business is on strong footing. Our Luxury business has grown in line to ahead of the category in the last 2 years. This is a testament to the great work done by Edgar and Simona and their teams. Our Luxury business has clearly exhibited our strong capacity to renew our licenses, as is the case with Marc Jacobs, and attract new licenses, as is the case with Burberry. And our Professional Beauty business has suffered in the recent quarter from the direct and indirect impacts of the supply chain directions, but nonetheless, remains strongly positioned in an attractive salon beauty industry with high barriers to entry. Our portfolio is, again here, well-positioned, underpinned by Wella, our mega hair brand, and OPI, our fast-growing nail brand. And again, the performance improvement over the last few years that we have experimented in this business is a testament to the great work done by Sylvie and her team.

Moving to the Slide #6. We can see that Consumer Beauty on the other hand has clearly weighted on Coty's results, but it is important to stress that we see that as a gap in performance. In the categories and geographies in which we currently operate, the mass beauty category is generally declining 1% to 2%, a level that's not great but it's not problematic and alarming. The pressure on our Consumer Beauty business has really been out of share losses, which are a big component of what we are trying to address with our Turnaround Plan. And if we are able to stabilize our share in this moderately declining category, this will allow Coty to return back to growth.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving to Slide 7. We have now identified what we need to change in our company to build lasting and sustainable performance with a focus initially on building a bit of business before we build a significantly bigger one. Specifically, our goal for the next 4 years is to reverse the negative revenue trends and significantly improve our profit margin through gross margin gross -- sorry, gross margin growth and cost control so that we are ready for accelerated growth in the future years. We will achieve this through 3 strategic pillars: rediscover growth, regain operational leadership and build a culture of pride and performance. Behind each of these pillars lies some very fundamental choices and business philosophies that we intend to deploy across all parts of our company.

Rediscover growth, Slide 8. Rediscover growth in the immediate future will be focused on optimizing our in-store assortment, our branding fundamentals and our strategic revenue management. By doing so, we will aim to capture the upside potential in the business that we currently have. It will enable us to orient our innovation effort going forward to support expansion of category coverage, upgrading and margin accretion. A critical part of this pillar is making choices when it comes to priority brand and priority brand/ country combination so that we can invest behind those at scale with impact instead of spreading our precious resources too thinly.

Going forward, we will focus on fewer brands and fewer brands/country combination so that we have sufficient support for those country/brand combination which together account for approximately 60% of our net revenues. As a result, we will go from 20% of these priority brand/country combinations to be supported at scale to 60%. And I am convinced for having experienced it earlier in my career that this will make a substantial difference to our trajectory.

Slide 9. Another dimension of this pillar is leveraging a deeper data-based approach to optimize the product assortment that we currently have. We have developed a proprietary approach to improve our shelf productivity by better optimizing assortment choices while simplifying product range and brand's architecture. This includes identifying and filling gaps in our assortment, be it in higher-priced tiers of mass beauty, which are outperforming the underlying mass beauty category, or gassing shades, naming our key product benefits. All of this is expected to improve our productivity and drive value for Coty. To that end, over the next 24 months, we'll be deploying this approach always as a market philosophy which underpins it, everywhere around the world, training all of our consumer-facing teams and supporting functions.

Slide 10. Hand-in-hand with this data-driven approach to product assortment -- sorry, and portfolio strategy is a step change in our innovation capabilities. Our R&D and brand teams will work together to develop premium product which offers a clear benefits base on consumer insight. We have set clear objectives for all our innovation efforts in the coming years to support expansion of category coverage, up trading and margin accretion. This will be supported by a significant double-digit percentage increase in our R&D investment over the course of the next 4 years.

The second pillar of our Turnaround Plan is about regaining operational leadership. As we look to close our performance gap, we must address cost and complexity throughout the business. We estimate our gross margin gap versus competition to be 10 percentage point on a comparable basis. We want to close a very significant portion of that margin gap over the course of the next 4 years so that we can fuel our ability to invest whilst decreasing the debt of the company. Although we have already made headway in optimizing our supply chain footprint, a large part of this turnaround pillar focuses on improving cost of goods sold through accelerating supply chain productivity programs, dye procurement saving, logistics saving and optimization through the existing supply chain footprint.

Another component of our gross margin attack centers on rationalizing SKUs and subranges and value engineering of lower-margin SKUs. This will drive product range complexity -- sorry, this will reduce product range complexity, increase gross margin, drive better shelf productivity and increase supply chain efficiency. It is a mission-critical task and we will mobilize our collective energy to achieve it.

Part of our performance gap is also in excessive overheads, and we have also concluded that we must optimize our organization both from a cost as well as from a structure point of view. The way we function today is neither fit for the company of our size nor for the culture that we want to create. It is with that in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

mind that we are announcing organization changes that align our cost with our revenues reality, simplify decision-making and enable our teams in the market to act with closer guidance and with greater speed.

Here are the key changes: our future design intends to position our key market closer to the Executive Committee. Two, we will split commercial and marketing responsibilities. This will enable greater focus on portfolio synergies, brand accessibility and innovation pipeline building on the marketing side and operational excellence and market focus on the commercial side. Three, the new design forces creating scale in the markets as well in which all markets are expected to be supported by mutualized functions. This is the new macro structure of our business.

Moving to the next slide, please. We expect from the current organizational structure, interregional commercial teams and brand marketing units for Luxury and Consumer Beauty as well as creating new regions, Americas; Asia Pacific; and Europe, Middle East, Africa; Professional Beauty is expected to remain a distinct business unit due to its unique size and channel focus, though, with the same principle of the key markets reporting directly to its President.

With P&L ownership expected to reside in these new 4 segments; Americas, Asia Pacific, EMEA and Professional Beauty, we plan to move to this reporting structure at some point in the coming years and will keep you updated on this precise timing.

It's important to note that while we are reconciling some of the organizational components, our commercial frontline, the local sales and marketing teams facing our customers and building our brands locally, will see little impact and will remain specialized in their respective product and sales channel. And while we are streamlining organization costs through delayering and mutualization, our sales and marketing force is expected to have negligible impact.

Finally, to transform our company, we need to transform ourselves. Evolving our culture is a key building block of our transformation as well as providing our associates with a framework which allows them to grow as we grow our company. However, we need to address a limiting issue. Today, our global teams are spread in several locations. We have, therefore, decided to co-locate most of our executive team and corporate function in 1 location. By doing this, we expect to reduce geographic fragmentation and costs while, at the same time, fostering co-creation and faster decision-making. After careful consideration and looking at multiple factors, we have decided to place our management headquarters in Amsterdam. Amsterdam is a cost-efficient and tax-stable location, conveniently located for travel to Coty's key markets, has a strong base of FMCG talent and share a linkage in mentality adequate to our challenge of status. We believe that the new setup will not only drive scale but also lead to greater speed, efficiency and ultimately business results.

The new organization design is expected to be in effect by January 1, 2020. The full structure implementation and management headquarter consolidation are expected to be completed by July 1, 2020, subject to legal processes, where required, by local regulation.

As we embark on our third pillar, build a culture of pride and performance, our turnaround will be led by a team of seasoned executives that you see on that slide with a good balance of Beauty and FMCG expertise and enabling the diversity while striving to champion within our organization.

With that, let me turn it over to Pierre-André to walk you through the financial underpinnings and targets of our Turnaround Plan.

**Pierre-André Terisse**
*Chief Financial Officer*

Thank you, Pierre. So let me now explain to you what this means in terms of numbers, and I will start with a slide on revenues.

On revenues, we've been in our projection realistic. We do not expect altogether revenues to be higher by full year -- fiscal year '23 than what they have been in 2019. And therefore, we expect that level to be stable. However, their composition, the composition of our revenues, will shift in reality significantly. As you can see on the screen, we expect Luxury and Professional Beauty to continue growing at a similar

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pace, 4% in the case of year-to-date, Q3 for Luxury compared to 3% to 4%. Minus 1% for Professional Beauty, which had been impacted specifically by the supply chain issues, and we expect them at 0% to 2%. Their weight resulting from the continuous growth. Their weight in the growth of the company will increase by -- in the revenues of the company, sorry, will increase by 5 points, and that's going to be an improvement of our mix.

More importantly, though, we target, as already mentioned by Pierre, to stabilize the market share of Consumer Beauty. And therefore, we expect that this is going to improve our performance significantly, moving from the current minus 10% at the end of March to minus 1% to minus 2% in full year '23. And altogether, we therefore expect to exit the plan with a low single-digit growth at constant foreign exchange and perimeter.

Many drivers are going to contribute to this. In fact, a lot of the plan is going to contribute to it. I would just like to outline 2 specific factors. One is priority brands. When we say that we are going to invest significantly behind priority brands, the financial translation of that is that they're going to gain 10 points moving from 60% of our portfolio to 70% of our portfolio, and this is going, obviously, to generate positive mix. Second is the geographical element with Asia, which is currently growing fast, high single digit. And we expect that if it continues to grow at the same speed, it's going to move from the current less than 10% of sales to close to 15% of net revenues by the end of the plan. So these are 2 examples of what is going to impact the revenues, which, again, are overall going to be stable '19 to '23, but in reality, inside changing deeply.

Moving to the following page. I think the beginning of the message is very much the same, i.e., you can see that we have net revenues stable, as I just described. Still, this is going to have a positive impact on the gross margin. Their evolution is going to have a positive impact on the gross margin because we are going to review our assortment, because we are going to address down the level of promotion, because we are going to use innovation and all these elements are going to contribute to a positive evolution of the mix and value, therefore, adding a positive impact on the gross margin.

This is going to be further helped by higher A&CP, advertising, which we will drive to a level more in line with industry practices, also shifting our investment to working media, both digital and traditional. These 3 investments, which is extremely important behind advertising, is going to be made possible, thanks to strong progresses on the stock side -- on the cost side, sorry, as described by Pierre; on the COGs side, thanks to a strong productivity work making our platform fitter while increasing service level and delivery to the business and thanks as well to less complexity and related hidden costs. On the fixed costs, with the reorganization, which will address the scale of our markets through the mutualizations of our support functions, with the delayering as well of the organization; and last, with productivity on nonpeople costs. Our objective is that relentless cost reforms allow us to increase the fueling of our brands, and that the right prioritization will gradually make the plan a positive lever rather than one which creates pressure.

Over the periods, we expect the combination of these levers to help us grow operating margin from the current 11% to a level of 14% to 16% by 2023, which is a progression of approximately 30% to 40%, at which point, the generation of cash flow will also have to start reducing our debt and grow our EPS faster than our operating income.

So what we are aiming at here is really to build a sustainable income growth. And I insist on the balance of value and mix on the net revenue side, A&CP and costs, which we expect to build a virtuous cycle.

On Slide 16, as you know, one of our priority is to generate cash and to deleverage our balance sheet. So we expect to raise our free cash flow generation to $1 billion in fiscal year '23 from the current level of $200 million to $300 million in '19. This will mainly be achieved through the progression of the EBITDA, of course, the operating income and the EBITDA. To implement the plan and the various sections we've mentioned before, we expect to incur onetime cash cost of $600 million, which will be incurred over 2020 and 2021 for the most of them and which are going to generate savings within 2 to 3 years.

We do expect working capital to contribute to free cash flow improvements, thanks to a reduction of receivables and, maybe more importantly, work we have to do on the inventories and which is going to be

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

helped by the simplification work. And last, we expect our capital expenditures to stay within 4% of our net revenues.

As a result of these actions, we expect debt to decrease, contributing to our objective to get back to a net debt to EBITDA of 4x max within the timing of the plan.

I would recap on the financial targets, Page 17, within the timing of the plan, so by 2023. For fiscal '23, we look for net revenues to be stable to -- sorry, to be flat to up to 2% in 2023 resulting in relatively stable absolute revenues compared to fiscal year '19. We are targeting adjusted operating margin of 14% to 16%. And with targeted free cash flow of approximately $1 billion, we expect to bring our leverage down to below 4x.

As mentioned earlier, these targets are both challenging and achievable relative to our current starting points. At the same time, we do not believe that this represents the maximum potential of the business as we see further opportunity for revenue acceleration and margin and cash flow expansion beyond fiscal '23.

Moving to Page 16 or...

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

18.

**Pierre-André Terisse**
*Chief Financial Officer*

18, sorry. That's my eyes. I'm getting old. Today, 1st of July, is also the first day of the first year of this Turnaround, and the plan will obviously start impacting our financials in 2020. With the following targets we're happy to share with you: we expect for 2020 like-for-like net revenues declines to moderate for fiscal '19. We expect solid progress on gross margin, including higher NCP investments, and we are targeting 5% to 10% adjusted operating income growth at constant currency. And we also expect moderate improvement in free cash flow.

You should note that our new company-wide incentive system will be aligned in '20 to these financial objectives and focused on 3 key performance indicators, which we believe are essential: gross margin because this is measuring the quality of the revenues and the work we do on that side, operating income as it has been in the past and free cash flow because the deleveraging of our balance sheet is an essential component of our financial strategy.

Just to conclude this presentation, a few words. Please keep in mind that this Turnaround Plan relies on a few principles and we are going to continue elaborating on those. The first one is better before bigger. We are really looking for quality in everything we do. The second one is to follow the laws, the laws of the turnarounds. And we have specialists of these kind of situation, and Pierre is an obvious example of that. Following the laws of the industry as well. We are a good blend of turnaround people, consumer people and beauty people. And the last is that we say what we do and we do what we say. And our goal here is not to make you dream but rather to build a plan which we will deliver, which will make Coty competitive and prepared to grow once the Turnaround is effective.
So I thank you for your attention, and we are now ready to take your questions and try to answer it the best we can with Pierre.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Lauren Lieberman of Barclays.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

I was wondering if you could talk a little bit about the process by which you assessed brand health, portfolio choices you're making, and to focus in on this, brand/country combination work that you've done, so the process by which you enter that. And also, is that done? So you've given us the high level tiers how we're going to think about the world, but you've not given us much in terms of what those priorities are actually going to be. So if you can shed any light on that, it would be great.

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

Well, I think yes, it is done. It's mostly done, all right? To -- something I want to highlight a bit before, this VCP is the product of the work of a lot of people. We almost had at a point, I would say, 120 people working in the organization, building this VCP. So this is not like a top-down exercise, it's ground -- it's from the ground, and it's really based on insight that revealed through analytics. And so basically speaking, this one is always known. I mean we have a clear portfolio of brand which have the potential to be global. We have about 12 of these brands. They are in our organization very well known. I mean like -- and they are by and large our biggest brand. And the ones we're already targeted, if you look at the brand like Rimmel, it's a brand we sell in 26 markets to 30 markets around the world. So it's already a brand, which is there, which is distributed, now needs to be supported. So I mean without revealing too much competitive information, and we have -- we identify what matters for us is do these brands already have an asset or -- in terms of penetration, in terms of image, in terms of awareness in the marketplace? And are they playing a clear role in the portfolio? And I think that's the way we use to define them. There are also a set of brands which do not have the potential to be global but yet are very important, and we exactly know what is when. Take an example, if you want to, to illustrate what I mean. If you take a brand like Bruno Banani, it is a very strong brand in the German market. It has a lot of penetration. It -- we don't consider that, but it has the potential to be a global brand, but yet we will manage it and support it in the German market so that it continues to drive and develop -- to strive and develop into the German market, right?

So we have that pretty much buttoned down everywhere. We have a few brands which are in the question mark list. And again, we are doing -- going to do our work, and there are about 4 brands in that question mark list. Do they have the potential to be global? Are we going to keep them local, but yet invest into them at the local level? So these are the classic type of conversations that we need to have, and we'll finalize this conversation over the course of the next 3 to 4 months.

**Operator**

Your next question comes from the line of Robert Ottenstein of Evercore ISI.

**Robert Edward Ottenstein**
*Evercore ISI Institutional Equities, Research Division*

Two questions. One, how do you plan to keep the focus -- some focus on revenue growth, revenue stability while you're going through this process when it looks like all the key metrics for management are more cash flow or profitability driven? And second, can you talk a little bit about the $600 million of cost to take out and to deliver on the plan and where that $600 million is coming from?

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I will take the first part of the question, and Pierre-André will take the second one. We have high intention to keep focus on revenue goals, and particularly, we have high intention to keep focus on the velocity of our shelf power. So again, we have run now, I would call it, like a 6 fundamental analysis of our position. And what I mean fundamental is to the lowest possible level of SKU, to the shared level, to the shared naming, to the price point of these SKUs and the way they are built, to the level of subranges. And we, basically speaking, have analyzed and captured insight in detail in Consumer Beauty on 4 markets; U.S., U.K., Germany, Brazil; in Luxury, in 2 markets, philosophy in the U.S. and in the U.K. market. And we are starting to deploy this technology and the support on our market in -- out of -- sorry, on our Professional Beauty market in the U.S. So we have a ton of insight, right, about how we can drive our business better. And honestly speaking, we will, I would call it -- I have one of my favorite line in business, which is, "People do what you inspect and not what you expect." As a consequence, we are going to have a composed tower on the deployment of our OpEx programs because our markets and the one I've indicated here, and basically speaking, we are going to have with this market a monthly review at senior level and how we're deploying these assets or these strategies. Why -- so at the same time, we will expand this knowledge and know-how and this philosophy of doing business. Of course, the entire company over a guidance term of 2 years where no markets will be left unturned. I really believe that the data that we have here is very strong and that we have very, very clear strategic and actionable insights to enable us to turn around the fundamentals of some of our markets and categories. And we have the ways of working, which we had to keep the -- our focus on them.

**Pierre-André Terisse**
*Chief Financial Officer*

Thank you, Pierre. And to complement on that, don't forget that we plan to step-up the level of commercial investment significantly. And you would have noticed throughout the presentation that we gave a pretty important share to the management of revenues focusing more quality than quantity, indeed, but scale to the management of revenues.

On the second question, which is about the $600 million onetime cost. So we expect that to be essentially 2 pieces, the majority of it, $500 million, is going to be related to the change of organization, which really is about delayering to have more direct communication and action between the markets and DC, which is about mutualizing the support functions in the markets, reviewing the organization. And we expect this $500 million that I was relating to the change of organization to generate close to $200 million saving. So that's the first part.

The second part is going to be about various elements, including the implementation of the overall turnaround and including as well some elements relating to supply chain and simplification. And this is about $100 million, which will have as well payback within similar metrics. Yes, I think that's really what I wanted to say about that.

**Operator**

Your next question comes from the line of Faiza Alwy of Deutsche Bank.

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

Yes. So I was hoping you could drill down a little bit more around how you expect to stabilize Consumer Beauty specifically? So are there specific, sort of, brand-country combinations that you can share with us where your focus will reside?

And then I was curious you've talked a little bit about up-trading in Consumer Beauty. Over the last few years we've seen a number of other mass cosmetics brands that have attempted the same without much success. So I was hoping if you could talk a little bit about that if you've studied those strategies? And what you've learned from that? And what you intend to do differently?

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, I think that -- I mean how do we intend to stabilize Consumer Beauty, we intend to stabilize Consumer Beauty by doing a bit of business, by doing our job better. And it's all about what we put on the shelf. I mean at the end of the day, the conversation around that -- around that subject is quite simple. Today, we just have too many items which have low velocity. And the items which have high velocity don't get enough space. So broadly speaking, it's going to be a function of assortment management, it's going to be a function of a rationalization of the number of subranges. We just have too many subranges, we need to reduce that. And it is going to be a matter of investing at scale behind the key brands that we have identified. So I guess that without revealing again too much competitive information, you can see the fabric of that is just fundamentally returning to the fundamentals on advertising, the fundamentals of the understanding of distinctive assets of the brand and the fundamentals of pricing and activation. So -- and again, we do believe that we have a lot of opportunities and the data we have is really strong on the subject.

How to trade up in Consumer Beauty? I think, that the general answer is, you can trade up brands up to a point, and once you've passed that point, the brand snaps and the consumer doesn't follow you. And as a consequence, to trade up in Consumer Beauty, you need a portfolio of brands and that will be our strategy going forward. We do know that the road going forward is to actually understand where are the brand ordered? Are they ordered in mainstream? Are they ordered in premium? Are they ordered in super-premium? And then within that partitions, we'll trade the brand as much as possible. But if you want to up trade your business, you need to have a portfolio strategy. And that will be, I would call, if you want to see a departure in strategy between a before and an after, that will be a departure in strategy that you will see.

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

Okay. And then if I may just ask a second question that's around M&A. So there have been some recent news reports around Coty taking a minority stake in Kylie Cosmetics. So I was hoping if you could make a general comment around that? And if not, if not specifically around that, then whether over the next 2 to 3 years, you intend to look at M&A opportunistically? Or do you intend to entirely focus on the organic business?

**Pierre-André Terisse**
*Chief Financial Officer*

Okay. It's Pierre-Andre. I'll take this one. No comment on any rumor, whether you're talking of this one or any other obviously. Maybe to talk about the way we approach M&A, there are 2 important components. The first one is that the Turnaround is our priority. We believe the best way we can create value is going to be focusing on Turnaround and that means leveraging the existing platform.

Nevertheless, we are also conscious that we have some strengths but also weaknesses in our current portfolio. We have underexposure in some regions like Asia, we have underexposure in some segments of the market, like I think, rare or like premium. And therefore, over the course of the coming years, with no hurry, no rush, we'll be looking at opportunities which come to us and assess whether or not we can start and look at opportunities to improve the portfolio and to allow the company at the end of the Turnaround to accelerate its growth. You have to keep in mind something, which is extremely important for us. And this is that whatever we do, this is going to take place within the frame of our objective of bringing the leverage, the financial leverage of this company down to 4x. We have taken a very public position vis-a-vis that. It's an important part of the financial policy. And again, whatever we do, it's going to be within the boundaries of that. So that's what you need to have to understand the way we are going to approach whatever opportunities we find in front of us.

**Operator**

Your next question comes from the line of Joe Lachky of Wells Fargo Securities.

**Joseph Bernard Lachky**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Just wanted to ask, I guess, your confidence in the long-term operating margin target, since it seems fairly ambitious compared to where you are, where the company has been historically. And I wanted to talk about the drivers of how you get there. Obviously, it sounds like some on the fixed cost side but mainly on the gross margin improvement. And what is behind that 10% gap in gross margin versus competitors? How much low hanging fruit is there? And how quickly do you expect the improvement to take place? And how much of that gap can you close in the next 4 years?

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

I think that the -- actually, I really believe that the root cause of the low margin is actually the product of a relatively vicious circle. All right? So basically speaking, have to -- confuse, I mean, I would say, strategically in businesses, it starts by actually having the wrong understanding of why you are losing market share or why you are gaining market share? And basically speaking, then the next step that the organization takes is just moving to a hyper-innovation phase and from this hyper-innovation phase, you get into a hyper-complexity phase. And from the hyper-complexity phase, then you start spreading your resources too thin and as a consequence, you spread your resources too thin then your brand doesn't have -- start to lose some equity and then you start to lose pricing power and so on and so forth, all right? So I think that overall, the only one way when you are in a situation like that is to get back into a virtuous circle. And the virtuous circle starts, in general, by simplifying the portfolio, right? Simplifying the portfolio, declaring why you are into invest, declaring where you are going to innovate and declaring and focusing the energy of the organization on building brands versus making sales. And -- so you would have noticed that since the moment that we took a decision altogether at the beginning of this calendar year that we were going to forecast our business on a realistic basis, and we were not going to promote a business at all cost, then we have hit consistently month after month our sales target without too much problem. And as a consequence, our customer service level has improved, our consequence delivered, I would call it, serenity in the organization and the ability to work on the fundamentals has increased. So I think what gives me the fact that we are going to close a substantial part of this gross margin gap is that we are going to do our job well. And we are just fundamentally going to simplify our portfolio, we are fundamentally going to advertise our key brands at scale and we will be up trading our ranges, we will be reducing our number of subranges from 25 subranges sometimes for 1 brand to 7. And I promise you, it will have an effect on our awareness, it will have an effect on our brand equity. And as a consequence, it will enable us to follow the pricing trend and the operating trends of the marketplace, and this is what will do that. And it will enable us to reduce our level of core business on deals and focus on selling our product at full prices to the consumer. And -- so overall I do think that the combination of this work on the fundamentals, on the assortment as well as the work that we will be doing on the manufacturing side and the cost side of the business will enable us to close about 60% of the gap that we have identified versus our competition over the course of next 4 years. Want to add something, Pierre-André?

**Pierre-André Terisse**
*Chief Financial Officer*

Yes. Just about the word, ambitious. We are ambitious. And at the same time, we've said it several times, I will repeat it, it's important for us to be in a position to deliver and to manage the pressure on the teams in such a way that it puts them in the position to deliver. So as Pierre said, we don't assume that we'll be able to close the gap in the coming 4 years, but a substantial part of the gap. There are a lot of moving -- a lot of different parts contributing to it. A lot of them come from the cost side, which is very much under our control. A lot of them come from the transportation -- transformation of the top line. We have not forgotten to reinvest money in advertising and promotion, which we believe is necessary and which, I mean, you would know, even important part of the game. So yes, we're confident, we're confident.

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

I think personally the story of Coty is -- it's a quality of business story that we talk about here, all right? Quality of our margin, quality of our organization cost, quality of our balance of investment between working media, nonworking media, quality of our investment between media and promotion. I personally believe that there is always a lot of value unlocked into making these very fundamental decisions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Operator**

Your next question comes from the line of Mark Astrachan of Stifel.

**Mark Stiefel Astrachan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

I wanted to follow-up on the last line of questioning on gross margin. I guess if you take a look at the comparison versus peers, it just doesn't seem obvious to me at first blush that the category combinations you have relative to those peers make it readily accessible. I get your commentary about just executing better and volume and sales growth, under performance lead to some gross margin delta. But I guess, if you look at it on a category basis, your Luxury portfolio versus other companies', for example, you're more skewed to fragrances. If you look at some of those licensed peers who are a bit lower than a L'Oréal or an Estée Lauder. So what are you looking at specifically that gives comfort within your specific portfolio that you can close the gap that you think is really there and obvious? And you maybe can look at Consumer Beauty as well where those tend to be a little bit lower, kind of, low 60s, if you have look at peers', at least that we've seen, Professional, maybe kind of somewhere between. So I guess if you can give more comfort there maybe on a segment basis, that'd be helpful.

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

I think to give you a simple insight, for instance, on Luxury business, I mean, the balance of our assortment between [indiscernible], all right? I mean like we -- our level of assortment is a bit lower in the low part of the portfolio, all right? And it's a little bit too high of the balance between the premium part of the portfolio and the higher part of the portfolio. The premium part of the portfolio and the mainstream part of the portfolio is -- can be improved the same in Consumer Beauty. I mean fundamentally, in some markets we like mainstream penetration, we have seen in emerging markets, we like mainstream penetration. But in the developed markets, I think we only operate with 1 brand, we should be able to operate with a second brand. And we should be able to operate with the second brand at a higher price premium. And so I think, again, I mean, the sort of insights are around all of that. And again, we have SKUs which are margin accretive and we have SKUs which are margin dilutive. The percentage of our SKUs, which are margin dilutive is just too high. So we need to rebalance the proportion between the SKUs, which are first, driving penetration; and two, margin accretive and the SKUs which are margin dilutive and not driving penetration and the one which are margin dilutive but driving penetration, we need to value end any of them. We have clustered all our SKUs between these 4 buckets, right? And we are going to look at them in a consistent basis over the course of the next 24 months. And it is very substantial undertaking but it is fundamental that we address this level of complexity in the organization. Today we have, I would say, that we have 60% of our SKUs, which are margin dilutive. It's an incredibly high figure.

**Pierre-André Terisse**
*Chief Financial Officer*

And adding to that, we believe that the gap we have in terms of gross margin overall is, in fact, higher than 10. 10 is the lower part of the tier, when you look at -- when we look at it. You can reach the same gap, by the way, when you look at the operating income. We are running at kind of 11%. Peers are running at 17%, 18%. So you find a substantial part of the gap. When we look at the division mix and the country mix, we can find 2, 3 points, which indeed explain or could explain why our gross margin should be lower. But they do not take us apart from the conclusion that there is a gap of, roughly speaking, 10 points, which we have to close. And by the way, which -- when we close it, it's going to allow us to close as well part of the gap we have with our peers in terms of media investment, and therefore as a net position, closing the gap in terms of operating income. Everything we see as Pierre has said at the micro level is comforting that. The way we've been operating, the fact that we've been pushing revenues and to push revenues that we've been promoting heavily and that we have not been sufficiently careful about launching accretive innovation, about adding an accretive approach whenever it comes to product. So we don't feel there is any reason for us to say that structurally Coty being what it is, it should be staying at

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

11% operating income and it should be staying 10 points away from the competition in terms of gross margin. We see this gap very clearly, macro -- micro. And we are going to get organized to close that.

**Operator**

Your next question comes from the line of Andrea Teixeira of JP Morgan.

**Andrea Faria Teixeira**
*JP Morgan Chase & Co, Research Division*

So if you can please elaborate more on the local currency, 5% to 10% growth in operating income for fiscal '20. What is your level of investment in marketing? I understand that as you pointed out before, obviously, it's a process as you rightsize your company and SKU level improves, the 10 basis points change -- that 10 basis point -- no, that 10 points of margin could eventually be reinvested. But I'm looking more into the 2020 guidance and how we should see that flowing through in 2020.

And related to that, you mentioned that -- what is the time line of either shutting down or divesting some of these brands and country combinations that represent 40% of your net sales? And they're deemed not priority. So in other words, you just mentioned that 20 -- in 24 months, your SKUs will be rightsized some -- I mean just thinking of the bridge to that SKU rationalization. And in other words, if you're willing to do a major rationalization as you did in fragrances a couple of years back in order to get into your margin guidance?

**Pierre-André Terisse**
*Chief Financial Officer*

Okay. I'll take that -- what -- the question you're asking is really what we are going to be on in the coming weeks and months and years. About -- the way to think about the prioritization of brands and prioritization of SKUs is not a big bang. What we think is extremely important is that we have received market-by-market, brand-by-brand in -- I mean giving priority to execution. And by the way, there is no divesting of brand plan or no divesting of SKUs, nor reworking the priorities.

As for '20, '20 is going to be a very important year because this is the first year of Turnaround and if you wish this is the year when we change direction, when we start having sales, which yes, keep decreasing but at a pace which is moderating; when we start adding pricing and mix to value, contributing positively and not anymore negatively; when we start stepping up meaningfully the level of ANCP; when we start the COGS reduction or we continue the productivity on COGS and we start in some markets the simplification of SKUs; when we start reorganization program, which we have just disclosed. So it is going to be essential to us to manage these levers altogether, and to face them in a way that is really turning around the business. So 2020 is very critical. We've been willing to, on the one hand, show and reflect that we want to increase the operating income, as through '19. And this is the reason why we set ourselves an expectation of 5% to 10% increase of the operating income at constant currency. But we want to keep flexibility. Because for us, it's extremely important that '20 is building the path for the coming years. It's the first year -- it has to be a first year in line with the Turnaround Plan. But it has to be preparing as well the rest of the plan.

**Operator**

Your next question comes from the line of Olivia Tong of Bank of America.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

I was wondering if you could talk a little bit about whether you've chatted with the retailers about some of the changes that you're making. It's basically the improvement in terms of margins, but I'm just wondering with no revenue improvement plans with the reset, whether you've had a chance to discuss it with your retailers and what their thoughts are relative to your plan?

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. We're sorry but there's a lot of noise with you. And we've not really been able to hear your question fully. Try and repeat it, please?

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Sure. My question was just around whether you've had a chance to discuss your plans with the retailers? And whether they've had any comments on your plans, given that it's a lot around margin improvement but not anything in terms of revenue improvement?

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

I think we are actually -- in some markets, we're already into action with our retailers. And typically the U.K. and the U.S., we'll be the first one with who we are talking. And when we explain the logic of what we want to do, I would say that they answer positively but -- they answer positively to our strategies.

And typically, in the U.S. where we have, I would call it, our new legal support on brand building, reinvestment behind COVERGIRL, going back to the distinctive asset of the brand. This is something which resonates with our customers. And the same in the U.K., where we actually say we want to simplify our portfolio and focus behind 2 brands at scale in this market instead of spreading our effort around 3.6 brands, then they respond positively to that, too. So I think the answer that we have today is positive because the plan comes across as sensible, I would say.

**Operator**

Your next question comes from the line of Linda Bolton-Weiser of D.A. Davidson.

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

And this will be the last question, by the way.

**Linda Ann Bolton-Weiser**
*D.A. Davidson & Co., Research Division*

Can you comment on how you see the plan being modified if we were to go into a global-type recession at some point in the next 4 years?

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

Unlikely to be modified. I mean to be honest with you, I think it is the plan -- a plan which aims at resetting the fundamentals of Coty. That task is to be done regardless of the environment. And I think that honestly speaking, yes, we'll adjust probably when you have a global recession, so market changes. But the fundamentals, in my view, like, this -- I don't know exactly the effect of recession on these categories, but the frequency of purchase is not that big, right? So that will be an effect.

But at the end of the day, my -- our main focus is to build the retail business. I'll be honest and I'll be focusing on that. And whatever is happening in tough time or in good times, this work needs to be done, and there is no shortcut to greatness. And you have to do the hard work. You have to do the fundamentals right. And I think that's what our team is -- believes in now today. And I think that I will conclude on that. This is not the easy plan. This is the plan that a lot of people have contributed to build and the level of alignment in our organization is, I would say, maybe hyper optimistic, but I do feel that it is higher than ever. And I think people have a clear understanding of what is expected from us and have a clear understanding of what's the obliged path to success and what are the milestones that we need to go through. And recession or not, we will focus on delivering this plan consistently and monitoring our performance as we move week after weeks and month after months.

**Pierre-André Terisse**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Well, thank you, Pierre. Thank you -- thanks to all of you, and we'll have opportunities to continue discussion in the coming days with you. So we thank you.

**Pierre Laubies**
*CEO, Director & President of Consumer Beauty*

Thank you.

**Operator**
Thank you for participating in Coty's Turnaround Plan conference call. You may now disconnect your lines and have a wonderful day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

COTY INC. SPECIAL CALL | JUL 01, 2019

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.