UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CRYSTAL GARRETT-EVANS, Individually, :
and on Behalf of All Others Similarly Situated, :

                                    :    20-cv-07277 (LLS)

                Plaintiff,      :

                              :

        v.                 :

                              :

COTY INC., LAMBERTUS "BART" BECHT, :
CAMILLO PANE, PIERRE LAUBIES,    :
PATRICE DE TALHOUËT, and      :
PIERRE-ANDRE TERISSE,       :

                              :

            Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF SCOTT D. MUSOFF IN FURTHER SUPPORT OF CERTAIN
DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

      SCOTT D. MUSOFF, pursuant to 28 U.S.C. § 1746, declares as follows:

      1.       I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate,

Meagher & Flom LLP, attorneys for defendants Coty Inc. ("Coty"), Lambertus Becht, Patrice de

Talhouët and Pierre-André Terisse (together with Coty, "Served Defendants") in the above-captioned

matter.

      2.       I submit this declaration in support of Served Defendants' Motion to Dismiss the

Amended Complaint (the "Motion") and to transmit to the Court a true and correct copy of the

following document to which reference is made in the papers submitted in further support of the

Motion:

2

|  | DESCRIPTION |
|---|---|
| Exhibit II | Transcript of Coty's Fourth Quarter 2019 Earnings Call dated August 28, 2019. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 24, 2021

/s/ Scott D.  Musoff
Scott D. Musoff

2