SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001

————

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL

212-735-7852

EMAIL ADDRESS

SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

May 24, 2021

**Via ECF**

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>*Garrett-Evans v. Coty Inc., et al.*</u>, No. 20-cv-07277 (LLS)

Dear Judge Stanton:

We represent defendants Coty Inc., Lambertus Becht, Patrice de Talhouët and Pierre-André Terisse ("Defendants") in the above-referenced action. We respectfully request oral argument on Defendants' Motion to Dismiss the Amended Complaint (ECF No. 39), the reply brief of which was filed on ECF today (ECF No. 43).

Respectfully submitted,

*/s/ Scott D. Musoff*

Scott D. Musoff

cc: All counsel via ECF