UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

**CRYSTAL GARRETT-EVANS, individually
and on behalf of all others similarly
situated,**

                         Plaintiffs,                20 **CIVIL** 7277 (LLS)

                -against-                       **<u>JUDGMENT</u>**

**COTY INC., LAMBERTUS "BART" BECHT,
CAMILLO PANE, PIERRE LAUBIES,
PATRICE DE TALHOUET, AND
PIERRE-ANDRE TERISSE,**

                         Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 3, 2021, as the AC fails to allege plausibly omissions, defendants' motion to dismiss the AC (DKT. No. 37) is granted, and the Amended Class Action Complaint is dismissed with costs and disbursement to defendant according to law.

**Dated:**  New York, New York
           August 3, 2021

                                                                  **RUBY J. KRAJICK**
                                                                     _____
                                                                        Clerk of Court
                                           **BY:**
                                                                           Deputy Clerk